UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DROGUERIA BETANCES, LLC, on behalf of itself and all others similarly situated,<br><br>          Plaintiff,<br><br>   -against-<br><br>NOVARTIS PHARMACEUTICALS CORPORATION, et al.,<br><br>          Defendants. | Case No. 1:18-cv-04361 |

**CORPORATE DISCLOSURE STATEMENT OF**
**<u>NOVARTIS CORPORATION</u>**

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the attorneys of record for Defendant Novartis Corporation state that Novartis Corporation is an indirect, wholly owned subsidiary of Novartis AG ("Novartis"). Novartis ordinary shares trade on the SIX Swiss Exchange under the symbol NOVN and its American Depository Shares trade on the New York Stock Exchange under the ticker symbol NVS.

Dated: July 3, 2018

                                    CRAVATH, SWAINE & MOORE LLP,

                   by

                                */s/ Julie A. North*
                                      Evan R. Chesler
                                      Julie A. North

                  Worldwide Plaza
                     825 Eighth Avenue
                       New York, NY 10019
                         (212) 474-1000
                            echesler@cravath.com
                             jnorth@cravath.com

                *Attorneys for Novartis Pharmaceuticals*
                *Corporation and Novartis Corporation*