UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DROGUERIA BETANCES, LLC, on behalf of itself and all others similarly situated,<br><br>                          Plaintiff,<br><br>          -against-<br><br>NOVARTIS PHARMACEUTICALS CORPORATION, et al.,<br><br>                        Defendants. | Case No. 1:18-cv-04361 |

## CORPORATE DISCLOSURE STATEMENT OF
## NOVARTIS PHARMACEUTICALS CORPORATION

        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the attorneys of record for Defendant Novartis Pharmaceuticals Corporation ("NPC") state that NPC is an indirect, wholly owned subsidiary of Novartis AG ("Novartis"). Novartis ordinary shares trade on the SIX Swiss Exchange under the symbol NOVN and its American Depository Shares trade on the New York Stock Exchange under the ticker symbol NVS.

Dated: July 3, 2018

CRAVATH, SWAINE & MOORE LLP,

by

_____
/s/ Julie A. North
Evan R. Chesler
Julie A. North

Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
(212) 474-1000
echesler@cravath.com
jnorth@cravath.com

*Attorneys for Novartis Pharmaceuticals Corporation and Novartis Corporation*