# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Novartis, Par and Endo Antitrust Litigation | Case No. 1:18-cv-04361-AKH |
| This Document Relates To:<br><br>1:18-cv-04361<br>1:18-cv-05536<br>1:18-cv-05603<br>1:18-cv-05708<br>1:18-cv-05886<br>1:18-cv-06776 | |



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/3/18

## STIPULATION AND [PROPOSED] CASE MANAGEMENT ORDER

WHEREAS, on May 16, 2018, plaintiff Drogueria Betances, LLC filed a putative class action complaint on behalf of direct purchasers alleging, among other things, that defendants Novartis Pharmaceuticals Corporation, Novartis AG, Novartis Corporation, Endo Pharmaceuticals Inc., Par Pharmaceutical, Inc., Par Pharmaceuticals, Inc., and Par Pharmaceutical Industries, Inc. entered into an unlawful pay for delay agreement involving the pharmaceutical drug Exforge.  Case No. 1:18-cv-04361-AKH (S.D.N.Y.) (the "Drogueria Betances Action").

WHEREAS, on June 22, 2018, plaintiff Rochester Drug Co-Operative, Inc. filed a putative class action complaint on behalf of direct purchasers alleging substantially similar claims against Novartis Pharmaceuticals Corporation, Novartis AG, Novartis Corporation, Endo Pharmaceuticals Inc., Endo International PLC, and Par Pharmaceutical, Inc.  Case No. 1:18-cv-05708-AKH (S.D.N.Y) (the "Rochester Action").

WHEREAS, on June 29, 2018, plaintiff FWK Holdings, LLC filed a putative class action complaint on behalf of direct purchasers alleging substantially similar claims against Novartis Pharmaceuticals Corporation, Novartis AG, Novartis Corporation, Endo Pharmaceuticals, Inc., Endo International PLC, and Par Pharmaceutical, Inc.  Case No. 1:18-cv-05886-AKH (S.D.N.Y.) (the "FWK Action").

WHEREAS, the Drogueria Betances Action, the Rochester Action, and the FWK Action are collectively referred to as the "Direct Purchaser Actions."

WHEREAS, on June 19, 2018, plaintiff UFCW Local 1500 Welfare Fund filed a putative class action complaint on behalf of end-payor purchasers alleging substantially similar claims against Novartis Pharmaceuticals Corporation and Par Pharmaceutical, Inc.  Case No. 1:18-cv-05536-AKH (S.D.N.Y.) (the "Local 1500 Action").

1

WHEREAS, on June 20, 2018, plaintiff Law Enforcement Health Benefits, Inc. filed a

putative class action complaint on behalf of end-payor purchasers alleging substantially similar

claims against Novartis Pharmaceuticals Corporation, Novartis AG, Novartis Corporation, Endo

Pharmaceuticals, Inc., Endo International PLC, and Par Pharmaceutical, Inc.  Case No. 1:18-cv-

05603-AKH (S.D.N.Y.) (the "LEHB Action").

WHEREAS, on July 27, 2018, plaintiff Turlock Irrigation District filed a putative class

action complaint on behalf of end-payor purchasers alleging substantially similar claims against

Novartis Pharmaceuticals Corporation, Par Pharmaceutical, Inc., and  Endo Pharmaceuticals, Inc.

Case No. 1:18-cv-06776 (S.D.N.Y.) (the "Turlock Action").

WHEREAS, the Local 1500 Action, the LEHB Action and the Turlock Action are

collectively referred to as the "End-Payor Actions."

WHEREAS, on July 17, 2018, plaintiffs in the Direct Purchaser Actions filed a

Consolidated Amended Class Action Complaint ("Direct Purchaser CAC") on behalf of a

putative direct purchaser class against Novartis Pharmaceuticals Corporation, Novartis AG,

Novartis Corporation, Endo Pharmaceuticals Inc., Endo International PLC, and Par

Pharmaceutical, Inc.

WHEREAS, on July 17, 2018, plaintiffs in the Local 1500 Action and the LEHB Action

filed a Consolidated Amended Complaint ("End-Payor CAC") on behalf of a putative end-payor

class against Novartis Pharmaceuticals Corporation, Par Pharmaceutical, Inc., and Endo

Pharmaceuticals Inc.

WHEREAS, Drogueria Betances, LLC, Rochester Drug Co-Operative, Inc., and FWK

Holdings, LLC are collectively referred to as "Direct Purchaser Plaintiffs."

2

WHEREAS, UFCW Local 1500 Welfare Fund, Law Enforcement Health Benefits Inc., and Turlock Irrigation District are collectively referred to as "End-Payor Plaintiffs."

WHEREAS, Direct Purchaser Plaintiffs and End-Payor Plaintiffs are collectively referred to as "Plaintiffs."

WHEREAS, Novartis Pharmaceuticals Corporation, Novartis Corporation (together, "Novartis Defendants"), Endo Pharmaceuticals Inc., and Par Pharmaceutical, Inc. (together, "Par Defendants") are collectively referred to as "Defendants."

WHEREAS, Plaintiffs and Defendants are collectively referred to as the "Parties."

WHEREAS, the Parties believe that consolidation of the Direct Purchaser Actions and End-Payor Actions, respectively, and coordination of the Direct Purchaser Actions and the End-Payor Actions under one docket, will promote efficiency in managing and litigating the cases.

WHEREAS, the Direct Purchaser Actions and the End-Payor Actions are collectively referred to as the "Coordinated Actions."

WHEREAS, motions in the Direct Purchaser Actions and End-Payor Actions for Appointment of Lead Counsel are pending.

ACCORDINGLY, IT IS HEREBY STIPULATED AND ORDERED THAT:

**Consolidation and Coordination**

1.    The Direct Purchaser Actions are hereby consolidated for all purposes pursuant to Fed. R. Civ. P. 42(a).

2.    The End-Payor Actions are hereby consolidated for all purposes pursuant to Fed. R. Civ. P. 42(a).  A response to the End-Payor CAC shall also constitute a response to the complaint filed in the Turlock Action, to which a separate response is not required.

3

3.      Any additional direct or end-payor class action complaints filed in or transferred to this District containing substantially similar allegations as those in, and related to, the Coordinated Actions shall also be docketed under Docket No. 18-cv-04361 and deemed consolidated with either the Direct Purchaser Actions or End-Payor Actions, as applicable. Defendants need not respond to the complaint in any case that is consolidated with either the Direct Purchaser Actions or End-Payor Actions pursuant to this paragraph.

4.      The Direct Purchaser Actions and the End-Payor Actions shall be coordinated for purposes of discovery and pretrial proceedings to the extent practicable.

5.      The files of the Coordinated Actions shall be maintained in one file under Docket No. 18-cv-04361.

**Caption**

6.      All documents filed in the Coordinated Actions shall bear the following caption:

| In re Novartis, Par and Endo Antitrust Litigation | Case No. 1:18-cv-04361-AKH |
| --- | --- |
| This Document Relates To: | |

7.      When a filing is intended to apply to all actions, the words "All Actions" shall appear immediately after the words "This Document Relates To:" in the caption set out above. When a filing is intended to apply only to one, or to some, but not all, of such actions, the party filing the document shall indicate the action(s) to which the document is intended to apply. The parties may indicate, for example, "All Direct Purchaser Actions" or "All End-Payor Actions."

4

**Class Counsel**

8.      Garwin Gerstein & Fisher LLP shall serve as interim lead counsel in the Direct Purchaser Actions.

9.      Labaton Sucharow LLP shall serve as interim lead counsel in the End-Payor Actions.

10.      Respective Interim Lead counsel shall have authority over the following matters on behalf of the proposed direct purchaser class and all named plaintiffs in the consolidated direct purchaser class actions, and the proposed end-payor class and all named plaintiffs in the consolidated end-payor class actions, respectively: (a) convening meetings of counsel; (b) initiating, responding, scheduling, briefing, and arguing of all motions; (c) the scope, order, and conduct of all discovery proceedings; (d) such work assignments to other counsel as they may deem appropriate; (e) retaining experts; (f) designating which attorneys may appear at hearings and conferences with the Court; (g) the timing and substance of any settlement negotiations with the defendants (or potential defendants); (h) approving all financial expenditures; and (i) other matters concerning prosecuting or resolving these cases.

**Scheduling**

11.      The following schedule shall apply to the Coordinated Actions:

| Event | Date |
| --- | --- |
| Deadline to agree upon a Protective Order and an ESI Protocol | August 31, 2018 |
| Defendants file Motions to Dismiss or Answers to the Direct Purchaser CAC and End-Payor CAC | September 17, 2018 |
| Parties exchange Initial Disclosures | September 17, 2018 |
| Fact discovery opens | September 17, 2018 |

5

| Event | Date |
|---|---|
| Parties must complete their production of information, documents and/or things by this date. Document productions will occur on a rolling basis. Privilege logs shall be produced on a rolling basis no later than 21 days after each individual production. | August 30, 2019 |
| Direct Purchaser Plaintiffs and End-Payor Plaintiffs serve expert reports concerning class certification | October 14, 2019 |
| Direct Purchaser Plaintiffs and End-Payor Plaintiffs file Motions for Class Certification | October 28, 2019 |
| Defendants serve rebuttal expert reports concerning class certification | November 13, 2019 |
| Defendants file briefs in opposition to Direct Purchaser Plaintiffs' and End-Payor Plaintiffs' Motions for Class Certification | November 27, 2019 |
| Direct Purchaser Plaintiffs and End-Payor Plaintiffs file Reply briefs in further support of their Motions for Class Certification | December 16, 2019 |
| Status Conference to schedule the remainder of discovery | TBD |

**Depositions**

12.     Defendants make take depositions of named Plaintiffs in the Coordinated Actions concerning class certification issues. Direct Purchaser Plaintiffs and End-Payor Plaintiffs may collectively take an equivalent number of depositions concerning class certification issues.

**Interrogatories**

13.     Subject to the procedures and timing set forth in Local Civil Rule 33.3, Direct Purchaser Plaintiffs and End-Payor Plaintiffs may collectively serve 30 written interrogatories, including all discrete subparts, to Novartis Defendants (as a group) and 30 written interrogatories, including all discrete subparts, to Par Defendants (as a group). Novartis Defendants and Par Defendants collectively may propound 30 interrogatories to Direct Purchaser

6

Plaintiffs and 30 interrogatories to End-Payor Plaintiffs.

DATED: August 3, 2018

By: *[signature]*

Bruce E. Gerstein
Joseph Opper
Dan Litvin
**GARWIN GERSTEIN & FISHER LLP**
88 Pine Street, 10th Floor
New York, NY 10005
Tel: (212) 398-0055
Fax: (212) 764-6620
Email: bgerstein@garwingerstein.com
Email: jopper@garwingerstein.com
Email: dlitvin@garwingerstein.com

David Raphael
Erin Leger
Susan Segura
**SMITH SEGURA & RAPHAEL, LLP**
3600 Jackson St., Ste. 111
Alexandria, LA 71303
Tel: (318) 445-4480
Fax: (318) 487-1741
Email: draphael@ssrllp.com
Email: eleger@ssrllp.com
Email: ssegura@ssrllp.com

John Gregory Odom
Stuart Des Roches
Andrew Kelly
Dan Chiorean
**ODOM & DES ROCHES**
Poydras Center
650 Poydras Street, Suite 2020
New Orleans, LA 70130
Tel: (504) 522-0077
Fax: (504) 522-0078
Email: jodom@odrlaw.com
Email: stuart@odrlaw.com
Email: akelly@odrlaw.com
Email: dchiorean@odrlaw.com

By:
Gregory S. Asciolla
Jay L. Himes
Karin E. Garvey
Robin A. van der Meulen
Matthew J. Perez
**LABATON SUCHAROW LLP**
140 Broadway
New York, New York 10005
Tel: (212) 907-0700
Fax: (212) 818-0477
gasciolla@labaton.com
jhimes@labaton.com
kgarvey@labaton.com
rvandermeulen@labaton.com
mperez@labaton.com

Roberta D. Liebenberg
Paul Costa
Adam J. Pessin
**FINE, KAPLAN AND BLACK, R.P.C.**
One South Broad Street, 23rd Floor
Philadelphia, PA 19107
Tel: (215) 567-6565
Fax: (215) 568-5872
rliebenberg@finekaplan.com
pcosta@finekaplan.com
apessin@finekaplan.com

*Attorneys for Plaintiff UFCW Local 1500
Welfare Fund and the end-payor class*

By:
Robert G. Eisler
Deborah A. Elman
Chad B. Holtzman
Allison J. McCowan
**GRANT & EISENHOFER P.A.**
485 Lexington Avenue
New York, NY 10017
Tel.: (646) 722-8500
Fax: (646) 722-8501
reisler@gelaw.com
delman@gelaw.com

7

Plaintiffs and 30 interrogatories to End-Payor Plaintiffs.

DATED: August 3, 2018

By: _____
Gregory S. Asciolla

By: _____
Bruce E. Gerstein
Joseph Opper
Dan Litvin
**GARWIN GERSTEIN & FISHER LLP**
88 Pine Street, 10th Floor
New York, NY 10005
Tel: (212) 398-0055
Fax: (212) 764-6620
Email: bgerstein@garwingerstein.com
Email: jopper@garwingerstein.com
Email: dlitvin@garwingerstein.com

Gregory S. Asciolla
Jay L. Himes
Karin E. Garvey
Robin A. van der Meulen
Matthew J. Perez
**LABATON SUCHAROW LLP**
140 Broadway
New York, New York 10005
Tel: (212) 907-0700
Fax: (212) 818-0477
gasciolla@labaton.com
jhimes@labaton.com
kgarvey@labaton.com
rvandermeulen@labaton.com
mperez@labaton.com

David Raphael
Erin Leger
Susan Segura
**SMITH SEGURA & RAPHAEL, LLP**
3600 Jackson St., Ste. 111
Alexandria, LA 71303
Tel: (318) 445-4480
Fax: (318) 487-1741
Email: draphael@ssrllp.com
Email: eleger@ssrllp.com
Email: ssegura@ssrllp.com

Roberta D. Liebenberg
Paul Costa
Adam J. Pessin
**FINE, KAPLAN AND BLACK, R.P.C.**
One South Broad Street, 23rd Floor
Philadelphia, PA 19107
Tel: (215) 567-6565
Fax: (215) 568-5872
rliebenberg@finekaplan.com
pcosta@finekaplan.com
apessin@finekaplan.com

John Gregory Odom
Stuart Des Roches
Andrew Kelly
Dan Chiorean
**ODOM & DES ROCHES**
Poydras Center
650 Poydras Street, Suite 2020
New Orleans, LA 70130
Tel: (504) 522-0077
Fax: (504) 522-0078
Email: jodom@odrlaw.com
Email: stuart@odrlaw.com
Email: akelly@odrlaw.com
Email: dchiorean@odrlaw.com

*Attorneys for Plaintiff UFCW Local 1500*
*Welfare Fund and the end-payor class*

By: _____
Robert G. Eisler
Deborah A. Elman
Chad B. Holtzman
Allison J. McCowan
**GRANT & EISENHOFER P.A.**
485 Lexington Avenue
New York, NY 10017
Tel.: (646) 722-8500
Fax: (646) 722-8501
reisler@gelaw.com
delman@gelaw.com

7

Plaintiffs and 30 interrogatories to End-Payor Plaintiffs.

DATED: August 3, 2018

By:
Bruce E. Gerstein
Joseph Opper
Dan Litvin
**GARWIN GERSTEIN & FISHER LLP**
88 Pine Street, 10th Floor
New York, NY 10005
Tel: (212) 398-0055
Fax: (212) 764-6620
Email: bgerstein@garwingerstein.com
Email: jopper@garwingerstein.com
Email: dlitvin@garwingerstein.com

David Raphael
Erin Leger
Susan Segura
**SMITH SEGURA & RAPHAEL, LLP**
3600 Jackson St., Ste. 111
Alexandria, LA 71303
Tel: (318) 445-4480
Fax: (318) 487-1741
Email: draphael@ssrllp.com
Email: eleger@ssrllp.com
Email: ssegura@ssrllp.com

John Gregory Odom
Stuart Des Roches
Andrew Kelly
Dan Chiorean
**ODOM & DES ROCHES**
Poydras Center
650 Poydras Street, Suite 2020
New Orleans, LA 70130
Tel: (504) 522-0077
Fax: (504) 522-0078
Email: jodom@odrlaw.com
Email: stuart@odrlaw.com
Email: akelly@odrlaw.com
Email: dchiorean@odrlaw.com

By:
Gregory S. Asciolla
Jay L. Himes
Karin E. Garvey
Robin A. van der Meulen
Matthew J. Perez
**LABATON SUCHAROW LLP**
140 Broadway
New York, New York 10005
Tel: (212) 907-0700
Fax: (212) 818-0477
gasciolla@labaton.com
jhimes@labaton.com
kgarvey@labaton.com
rvandermeulen@labaton.com
mperez@labaton.com

Roberta D. Liebenberg
Paul Costa
Adam J. Pessin
**FINE, KAPLAN AND BLACK, R.P.C.**
One South Broad Street, 23rd Floor
Philadelphia, PA 19107
Tel: (215) 567-6565
Fax: (215) 568-5872
rliebenberg@finekaplan.com
pcosta@finekaplan.com
apessin@finekaplan.com

*Attorneys for Plaintiff UFCW Local 1500*
*Welfare Fund and the end-payor class*

By: D Elman

Robert G. Eisler
Deborah A. Elman
Chad B. Holtzman
Allison J. McCowan
**GRANT & EISENHOFER P.A.**
485 Lexington Avenue
New York, NY 10017
Tel.: (646) 722-8500
Fax: (646) 722-8501
reisler@gelaw.com
delman@gelaw.com

7

Russell A. Chorush
Miranda Jones
**HEIM PAYNE & CHORUSH LLP**
1111 Bagby, Suite 2100
Houston, TX 77002
Tel: (713) 221-2000
Fax: (713) 221-2021
Email: rchorush@hpcllp.com
Email: mjones@hpcllp.com

*Attorneys for Plaintiff Drogueria Betances,*
*LLC and the direct purchaser class*

By: *Kristyn Fields*
Kristyn Fields
**FARUQI & FARUQI, LLP**
685 Third Ave., Floor 26
New York, NY 10017
Tel.: (212) 983-9330
Fax: (212) 983-9331
Email: kfields@faruqilaw.com

Peter Kohn
Joseph T. Lukens
**FARUQI & FARUQI, LLP**
101 Greenwood Ave., Suite 600
Jenkintown, PA 19046
Tel: (215) 277-5770
Email: pkohn@faruqilaw.com
Email: jlukens@faruqilaw.com

David F. Sorensen
Caitlin G. Coslett
**BERGER & MONTAGUE, P.C.**
1622 Locust St.
Philadelphia, PA 19103
Tel: (215) 875-3000
Email: dsorensen@bm.net
Email: ccoslett@bm.net

*Attorneys for Plaintiff Rochester Drug Co-*
*Operative, Inc. and the direct purchaser class*

choltzman@gelaw.com
amccowan@gelaw.com

*Attorneys for Plaintiff Law Enforcement*
*Health Benefits Inc. and the end-payor class*

By:
Robert G. Eisler
Deborah A. Elman
Chad B. Holtzman
Allison J. McCowan
**GRANT & EISENHOFER P.A.**
485 Lexington Avenue
New York, NY 10017
Tel.: (646) 722-8500
Fax: (646) 722-8501
reisler@gelaw.com
delman@gelaw.com
choltzman@gelaw.com
amccowan@gelaw.com

Jason S. Hartley
Jason M. Lindner
**HARTLEY LLP**
550 West C St., Ste 1750
San Diego, CA 92101
Tel: (619) 400-5822
Fax: (619) 400-5832
hartley@hartleyllp.com
lindner@hartleyllp.com

Jon R. Stickman
Ashley M. Bond
Amy McDonnell
**DUNCAN & ALLEN**
1730 Rhode Island Ave, NW, Ste. 700
Washington, DC 20036
Tel: (202) 289-8400
Fax: (202) 289-8450
jrs@duncanallen.com
amb@duncanallen.com
aem@duncanallen.com

*Attorneys for Plaintiff Turlock Irrigation*
*District and the end-payor class*

8

Russell A. Chorush
Miranda Jones
**HEIM PAYNE & CHORUSH LLP**
1111 Bagby, Suite 2100
Houston, TX 77002
Tel: (713) 221-2000
Fax: (713) 221-2021
Email: rchorush@hpcllp.com
Email: mjones@hpcllp.com

*Attorneys for Plaintiff Drogueria Betances,
LLC and the direct purchaser class*

By:
Kristyn Fields
**FARUQI & FARUQI, LLP**
685 Third Ave., Floor 26
New York, NY 10017
Tel.: (212) 983-9330
Fax: (212) 983-9331
Email: kfields@faruqilaw.com

Peter Kohn
Joseph T. Lukens
**FARUQI & FARUQI, LLP**
101 Greenwood Ave., Suite 600
Jenkintown, PA 19046
Tel: (215) 277-5770
Email: pkohn@faruqilaw.com
Email: jlukens@faruqilaw.com

David F. Sorensen
Caitlin G. Coslett
**BERGER & MONTAGUE, P.C.**
1622 Locust St.
Philadelphia, PA 19103
Tel: (215) 875-3000
Email: dsorensen@bm.net
Email: ccoslett@bm.net

*Attorneys for Plaintiff Rochester Drug Co-
Operative, Inc. and the direct purchaser class*

choltzman@gelaw.com
amccowan@gelaw.com

*Attorneys for Plaintiff Law Enforcement
Health Benefits Inc. and the end-payor class*

By:
Robert G. Eisler
Deborah A. Elman
Chad B. Holtzman
Allison J. McCowan
**GRANT & EISENHOFER P.A.**
485 Lexington Avenue
New York, NY 10017
Tel.: (646) 722-8500
Fax: (646) 722-8501
reisler@gelaw.com
delman@gelaw.com
choltzman@gelaw.com
amccowan@gelaw.com

Jason S. Hartley
Jason M. Lindner
**HARTLEY LLP**
550 West C St., Ste 1750
San Diego, CA 92101
Tel: (619) 400-5822
Fax: (619) 400-5832
hartley@hartleyllp.com
lindner@hartleyllp.com

Jon R. Stickman
Ashley M. Bond
Amy McDonnell
**DUNCAN & ALLEN**
1730 Rhode Island Ave, NW, Ste. 700
Washington, DC 20036
Tel: (202) 289-8400
Fax: (202) 289-8450
jrs@duncanallen.com
amb@duncanallen.com
aem@duncanallen.com

*Attorneys for Plaintiff Turlock Irrigation
District and the end-payor class*

8

By: /s/
Robert N. Kaplan
Matthew P. McCahill
Ralph E. Labaton
**KAPLAN FOX & KILSHEIMER, LLP**
850 Third Avenue, 14th Floor
New York, New York 10022
Tel: 212-687-1980
Fax: 212-687-7714
Email: rkaplan@kaplanfox.com
Email: mmccahill@kaplanfox.com
Email: rlabaton@kaplanfox.com

Joseph M. Vanek
David P. Germaine
**VANEK, VICKERS & MASINI P.C.**
55 W. Monroe, Suite 3500
Chicago, Illinois 60603
Tel: 312-224-1500
Fax: 312-224-1510
Email: jvanek@vaneklaw.com
Email: dgermaine@vancklaw.com

*Attorneys for Plaintiff FWK Holdings, LLC
and the direct purchaser class*

By:
Benjamin M. Greenblum
**WILLIAMS & CONNOLLY LLP**
650 Fifth Avenue, Suite 1500
New York, New York 10019
Tel: (646) 949-2800
Fax: (646) 949-2801
bgreenblum@wc.com

*Attorneys for Defendants Endo
Pharmaceuticals Inc. and Par
Pharmaceutical, Inc.*

By:
Evan R. Chesler
Julie A. North
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
Tel: (212) 474-1000
Fax: (212) 474-3700
echesler@cravath.com
jnorth@cravath.com

*Attorneys for Defendants Novartis
Pharmaceuticals Corporation and Novartis
Corporation*

**IT IS SO ORDERED.**

Dated: _____, 2018

By: _____
     Hon. Alvin K. Hellerstein
     United States District Judge

9

By:
Robert N. Kaplan
Matthew P. McCahill
Ralph E. Labaton
**KAPLAN FOX & KILSHEIMER, LLP**
850 Third Avenue, 14th Floor
New York, New York 10022
Tel: 212-687-1980
Fax: 212-687-7714
Email: rkaplan@kaplanfox.com
Email: mmccahill@kaplanfox.com
Email: rlabaton@kaplanfox.com

Joseph M. Vanek
David P. Germaine
**VANEK, VICKERS & MASINI P.C.**
55 W. Monroe, Suite 3500
Chicago, Illinois 60603
Tel: 312-224-1500
Fax: 312-224-1510
Email: jvanek@vaneklaw.com
Email: dgermaine@vaneklaw.com

*Attorneys for Plaintiff FWK Holdings, LLC
and the direct purchaser class*

By:
Benjamin M. Greenblum
**WILLIAMS & CONNOLLY LLP**
650 Fifth Avenue, Suite 1500
New York, New York 10019
Tel: (646) 949-2800
Fax: (646) 949-2801
bgreenblum@wc.com

*Attorneys for Defendants Endo
Pharmaceuticals Inc. and Par
Pharmaceutical, Inc.*

By:
Evan R. Chesler
Julie A. North
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
Tel: (212) 474-1000
Fax: (212) 474-3700
echesler@cravath.com
jnorth@cravath.com

*Attorneys for Defendants Novartis
Pharmaceuticals Corporation and Novartis
Corporation*

**IT IS SO ORDERED.**

Dated: _____, 2018        By: _____
                                                    Hon. Alvin K. Hellerstein
                                                    United States District Judge

9

By:
Robert N. Kaplan
Matthew P. McCahill
Ralph E. Labaton
**KAPLAN FOX & KILSHEIMER, LLP**
850 Third Avenue, 14th Floor
New York, New York 10022
Tel: 212-687-1980
Fax: 212-687-7714
Email: rkaplan@kaplanfox.com
Email: mmccahill@kaplanfox.com
Email: rlabaton@kaplanfox.com

Joseph M. Vanek
David P. Germaine
**VANEK, VICKERS & MASINI P.C.**
55 W. Monroe, Suite 3500
Chicago, Illinois 60603
Tel: 312-224-1500
Fax: 312-224-1510
Email: jvanek@vaneklaw.com
Email: dgermaine@vaneklaw.com

*Attorneys for Plaintiff FWK Holdings, LLC
and the direct purchaser class*

By:
Benjamin M. Greenblum
**WILLIAMS & CONNOLLY LLP**
650 Fifth Avenue, Suite 1500
New York, New York 10019
Tel: (646) 949-2800
Fax: (646) 949-2801
bgreenblum@wc.com

*Attorneys for Defendants Endo
Pharmaceuticals Inc. and Par
Pharmaceutical, Inc.*

By: Julie a. North /GF
Evan R. Chesler
Julie A. North
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
Tel: (212) 474-1000
Fax: (212) 474-3700
echesler@cravath.com
jnorth@cravath.com

*Attorneys for Defendants Novartis
Pharmaceuticals Corporation and Novartis
Corporation*

**IT IS SO ORDERED.**

Dated: 8/3/18 , 2018

By: _____
Hon. Alvin K. Hellerstein
United States District Judge

9