UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re Novartis and Par Antitrust Litigation | Case No. 1:18-cv-04361-AKH |
| This Document Relates to: | |
| 1:18-cv-09861-AKH | |

**DEFENDANTS' NOTICE OF MOTION TO DISMISS
WALGREEN CO.'S AND THE KROGER CO.'S CLAIMS FOR INJUNCTIVE RELIEF**

**PLEASE TAKE NOTICE THAT**, upon the accompanying Memorandum of Law, Defendants[1] Novartis Pharmaceuticals Corporation and Par Pharmaceutical, Inc., by and through undersigned counsel, hereby move this Court, before the Honorable Alvin K. Hellerstein, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl St., New York, NY, for an order pursuant to Fed. R. Civ. P. 12(b)(6) dismissing Plaintiffs Walgreen Co.'s and The Kroger Co.'s claims for injunctive relief for failure to state a claim upon which relief can be granted, and granting such other and further relief as the Court deems just and proper.

---

[1] Novartis AG is a named defendant, but has not been served with Walgreen Co.'s and The Kroger Co.'s complaint.

November 9, 2018                    Respectfully submitted,

                                   CRAVATH, SWAINE & MOORE LLP,

                                   by
                                        /s/ Julie A. North
                                        Evan R. Chesler
                                        Julie A. North

                                   Worldwide Plaza
                                   825 Eighth Avenue
                                    New York, NY 10019
                                       (212) 474-1000
                                       echesler@cravath.com
                                       jnorth@cravath.com

                                 *Attorneys for Defendant Novartis Pharmaceuticals Corporation*


                                 WILLIAMS & CONNOLLY LLP,

                                   by
                                     /s/ Benjamin M. Greenblum
                                     Benjamin M. Greenblum
                                     Elise M. Baumgarten

                                 650 Fifth Avenue
                                 Suite 1500
                                   New York, New York 10019
                                   (646) 949-2800
                                     bgreenblum@wc.com
                                     ebaumgarten@wc.com


                             *Attorneys for Defendant Par Pharmaceutical, Inc.*

TO ALL COUNSEL OF RECORD