ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET
NEW YORK, NY 10007-1581
(212) 805-0152

TO:     Concerned Parties

FROM:   Brigitte Jones, Courtroom Deputy      Date: 2/5/19
          by Order of Judge Alvin K. Hellerstein

In re: Novartis Litigation - 18 Civ. 4361 (AKH)

You are hereby notified that you are required to appear for an oral argument.

        Date : March 27, 2019
        Time: 11:00 a.m.
        Place: U.S. Courthouse - Southern District of New York
              500 Pearl Street
              Courtroom 14D
              New York, New York 10007

It is ORDERED that counsel to whom this Order is sent is responsible for faxing a copy to <u>all counsel</u> involved in this case and retaining verification of such in the case file. Do not fax such verification to Chambers.

                                So Ordered,

                                */s/ Alvin K. Hellerstein*
                                2-5-19