UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In re Novartis and Par Antitrust Litigation** | 1:18-cv-04361-AKH |
| **This Document Relates to:** **All Actions** | |

**PLAINTIFFS' NOTICE OF MOTION TO COMPEL THIRD PARTY MYLAN TO PRODUCE DOCUMENTS RESPONSIVE TO SUBPOENA**

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 45(d)(2)(B)(i), Plaintiffs hereby move this Court for an order compelling third party Mylan to produce to Plaintiffs certain documents responsive to Plaintiffs' January 4, 2019, Notice and Subpoena to Mylan Pharmaceuticals, as more fully set forth and described in the accompanying Memorandum, and associated exhibits, filed concurrently herewith. A proposed Order is appended hereto as Exhibit 1.

Dated: May 17, 2019

Respectfully Submitted,

*/s/ Dan Litvin*

Kristyn Fields
**FARUQI & FARUQI, LLP**
685 Third Ave., Floor 26
New York, NY 10017
Tel.: (212) 983-9330
Fax: (212) 983-9331
Email: kfields@faruqilaw.com

Peter Kohn
Joseph T. Lukens
**FARUQI & FARUQI, LLP**
One Penn Center, Suite 1550
1617 John F. Kennedy Blvd.
Philadelphia, PA 19103
Tel: (215) 277-5770
Email: pkohn@faruqilaw.com
Email: jlukens@faruqilaw.com

David F. Sorensen
Caitlin G. Coslett
**BERGER MONTAGUE, P.C.**
1800 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
Email: dsorensen@bm.net
Email: ccoslett@bm.net

*Attorneys for Plaintiff Rochester Drug Co-Operative, Inc. and the direct purchaser class*

John G. Albanese
**BERGER MONTAGUE P.C.**
43 SE Main Street
Suite 505
Minneapolis, MN 55414
Tel: (612) 607-7648
Email: jalbanese@bm.net

Robert N. Kaplan
Matthew P. McCahill
Ralph E. Labaton
**KAPLAN FOX & KILSHEIMER, LLP**
850 Third Avenue, 14th Floor
New York, New York 10022
Tel: 212-687-1980
Fax: 212-687-7714
Email: rkaplan@kaplanfox.com

Bruce E. Gerstein
Joseph Opper
Dan Litvin
**GARWIN GERSTEIN & FISHER LLP**
88 Pine Street, 10th Floor
New York, NY 10005
Tel: (212) 398-0055
Fax: (212) 764-6620
Email: bgerstein@garwingerstein.com
Email: jopper@garwingerstein.com
Email: dlitvin@garwingerstein.com

*Attorneys for Plaintiff Drogueria Betances, LLC Interim Lead Counsel for the Direct Purchaser Class*

David Raphael
Erin Leger
Susan Segura
**SMITH SEGURA & RAPHAEL, LLP**
3600 Jackson St., Ste. 111
Alexandria, LA 71303
Tel: (318) 445-4480
Fax: (318) 487-1741
Email: draphael@ssrllp.com
Email: eleger@ssrllp.com
Email: ssegura@ssrllp.com

Stuart Des Roches
Andrew Kelly
Dan Chiorean
**ODOM & DES ROCHES**
Poydras Center
650 Poydras Street, Suite 2020
New Orleans, LA 70130
Tel: (504) 522-0077
Fax: (504) 522-0078
Email: stuart@odrlaw.com
Email: akelly@odrlaw.com
Email: dchiorean@odrlaw.com

Russell A. Chorush
Miranda Jones
**HEIM PAYNE & CHORUSH LLP**
1111 Bagby, Suite 2100
Houston, TX 77002
Tel: (713) 221-2000

Email: mmccahill@kaplanfox.com
Email: rlabaton@kaplanfox.com

Joseph M. Vanek
David P. Germaine
**VANEK, VICKERS & MASINI P.C.**
55 W. Monroe, Suite 3500
Chicago, Illinois 60603
Tel: 312-224-1500
Fax: 312-224-15150
Email: jvanek@vaneklaw.com
Email: dgermaine@vaneklaw.com

*Attorneys for Plaintiff FWK Holdings, LLC and the direct purchaser class*

Michael L. Roberts
**ROBERTS LAW FIRM, P.A.**
20 Rahling Circle
Little Rock, AR 72223
Telephone: (501) 821-5575
Facsimile: (501) 821-4474
mikeroberts@robertslawfirm.us

*Attorneys for Plaintiff KPH Healthcare Services, Inc., a/k/a Kinney Drugs, Inc. and the direct purchaser class*

Fax: (713): 221-2021
Email: rchorush@hpcllp.com
Email: mjones@hpcllp.com

*Attorneys for Plaintiff Drogueria Betances, LLC and the Direct Purchaser Class*

Brian R. Morrison
Johnathan S. Crevier
**LABATON SUCHAROW LLP**
140 Broadway
New York, New York 10005
Tel: (212) 907-0700
Fax: (212) 818-0477
Email: bmorrison@labaton.com
Email: jcrevier@labaton.com

*Attorney for Plaintiff UFCW Local 1500 Welfare Fund*

Eric L. Bloom
**HANGLEY, ARONCHICK, SEGAL, PUDLIN & SCHILLER**
2805 Old Post Road, Suite 100
Harrisburg, PA 17110
Tel: (717) 364-1030
Email: ebloom@hangley.com

*Attorney for Rite Aid Corporation and Rite Aid Hdqtrs. Corp.*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on May 17, 2019, I, Dan Litvin, served the above Notice of Motion Memorandum of Law via ECF on all counsel of record and via email on third party Mylan, Inc.

Dated: May 17, 2019

                                                    Respectfully Submitted,

                                                    */s/ Dan Litvin*

                                                    Dan Litvin