UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
                                                               :   **Order Denying Motion to Compel**
                                                               :
                                                               :   18 Civ. 4361 (AKH)
                                                               :
In Re Novartis and Par Antitrust Litigation                    :   18 Civ. 5536
                                                               :   18 Civ. 5603
                                                               :   18 Civ. 5708
                                                               :   18 Civ. 5886
                                                               :   18 Civ. 6776
                                                               :   18 Civ. 9861
                                                               :   18 Civ. 11835
                                                               :   18 Civ. 12293
-------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/6/2019

ALVIN K. HELLERSTEIN, U.S.D.J.:

      Plaintiffs move for an order compelling non- party Mylan Pharmaceuticals, Inc. ("Mylan") to produce various documents. Mylan's May 24, 2019 production of 35,000 documents, identified in its May 31, 2019 memorandum in opposition to plaintiffs' motion, is sufficient. Further custodial searches and additional manufacturing discovery are disproportional, unduly burdensome, and, thus, unwarranted at this juncture. To the extent that plaintiffs seek to compel further production, their motion is denied. Plaintiffs have leave to renew their motion upon a further showing that this production is insufficient. The clerk is instructed to terminate the motion (ECF 156).

SO ORDERED.

Dated:     June 6, 2019
              New York, New York

                                                ALVIN K. HELLERSTEIN
                                                United States District Judge