Case 1:18-cv-04361-AKH   Document 248   Filed 06/01/20   Page 1 of 9

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

In re Novartis and Par Antitrust Litigation

This Document Relates to:

All Actions

Case No. 1:18-cv-04361-AKH

## [PROPOSED] STIPULATED SUPPLEMENTAL PROTECTIVE ORDER FOR ESI HIGHLY CONFIDENTIAL MATERIAL PRODUCED BY END PAYOR PLAINTIFFS

Pursuant to Fed. R. Civ. P. 26(c), the parties to the above-styled coordinated actions ("Actions"), as well as non-party Express Scripts, Inc. ("ESI"), propose that the terms and conditions of this Supplemental Protective Order govern the production and handling of ESI Highly Confidential Material, defined below, produced by the End Payor Plaintiffs ("EPPs"). The Court, finding that good cause exists for entry of this Supplemental Protective Order to prevent unauthorized disclosure and use of information that ESI asserts constitutes trade secrets and other confidential information, during and after the course of the litigation, **HEREBY ORDERS AS FOLLOWS:**

1.    **ESI Highly Confidential Material.**  For purposes of this Supplemental Protective Order, "ESI Highly Confidential Material" shall mean the documents and testimony relating to the documents produced at UFCW LOCAL 1500-EXFG-000456-653 and LEHB-EXFG-00000115, LEHB-EXFG-00000154, and LEHB-EXFG-00000184 and any future documents agreed to by the parties and ESI.

2.    **Existing Protective Order.** Except to the extent an issue is specifically addressed by this Supplemental Protective Order, the existing Stipulated Protective Order (the "Protective

Order") in the Actions, dated September 26, 2018 (ECF No. 95), governs the production, handling, use, and disposition of ESI Highly Confidential Material.

3.  **Use of Material.** All information produced by EPPs and designated by ESI as Highly Confidential Material, as described in paragraph 2 of the Protective Order and as ESI Highly Confidential Material in this Supplemental Protective Order, shall be used by a recipient thereof solely for the purposes of the Actions and not for any business or competitive purposes or used in any legal proceeding other than the Actions, except as permitted by court order, or as agreed to by ESI (as defined below).

4.  **Disclosure of ESI's Highly Confidential Material.** Paragraph 10 of the Protective Order governs the disclosure of ESI Highly Confidential Material with the following additional requirements:

A.  **Experts.** Before the parties may provide ESI Highly Confidential Material to any experts, as defined in Paragraph 9(e) of the Protective Order, their counsel must first verify that the expert with whom they would like to share the information is not, other than in connection with consulting or expert services being provided in connection with threatened or pending litigation, currently involved in or engaged to become involved in evaluating, negotiating, or advising on contracts with pharmacy benefit managers. The verification shall be made via e-mail, to ESI's counsel, Matthew Knepper and Sarah Zimmerman at Husch Blackwell LLP. In making such a verification, the parties need not disclose the experts with whom they are sharing the information, but the expert shall sign the verification attached hereto as Exhibit A, which shall be maintained by counsel for the party disclosing each expert (the "disclosing party").

i.  If the expert cannot make such a verification, the disclosing party shall notify ESI's counsel that an expert has been retained who cannot sign the verification.

ii.  The disclosing party and ESI agree to meet and confer in good faith regarding disclosing party's request to disclose ESI Highly Confidential Material to said expert.

The disclosing party agrees that information related to its request including the expert's name and reason the expert cannot make such verification will not be unreasonably withheld. ESI agrees to evaluate disclosing party's request in good faith and that consent to the disclosing party's request will not be unreasonably withheld.  The parties agree to consider whether redacted copies of ESI Highly Confidential Material would be sufficient for disclosure to the expert.

        iii.      If the issue cannot be resolved, the disclosing party may raise the issue with the Court. If the issue is raised with the Court, ESI shall bear the burden of demonstrating why the ESI Highly Confidential Material must not be shared with the disclosing party's expert.

        iv.      No ESI Highly Confidential Material may be disclosed to any proposed expert or consultant until such time as the disclosing party and ESI are deemed to have agreed upon disclosure to the expert or consultant.

    **B.**    **In-House Legal Personnel.**  Before the parties' counsel may provide ESI Highly Confidential Material to their clients' in-house legal personnel, as permitted by Paragraph 10(c) of the Protective Order, they must first verify that the in-house legal personnel with whom they wish to share the information are not currently involved with the drafting or negotiating of pharmacy benefit management contracts. The verification shall be made via e-mail, to ESI's counsel, Matthew Knepper and Sarah Zimmerman at Husch Blackwell LLP. In making such a verification, the parties need not disclose the in-house legal personnel with whom they are sharing the information.

    **5.**    **Violations.**  The Court has jurisdiction to enforce this Order and to grant relief, as authorized by law or in equity, for any violations thereof.

SO ORDERED.

Dated: _June 3_, 2020

The Honorable Alvin K. Hellerstein
United States District Judge

**EXHIBIT A**

**VERIFICATION UNDER STIPULATED SUPPLEMENTAL PROTECTIVE ORDER
GOVERNING ESI HIGHLY CONFIDENTIAL MATERIAL AND DOCUMENTS
BETWEEN EPPS and ESI**


I, _____, have been retained by _____ to serve as an expert as defined in paragraph 9(e) of the Stipulated Protective Order.  I verify that I am not currently involved nor have I been engaged to become involved in evaluating, negotiating, or advising on contracts with pharmacy benefit managers.

Signature:_____

Date:_____

So stipulated and agreed to by the following counsel of record:

DATED: June 1, 2020

By: /s/ Dan Litvin
Bruce E. Gerstein
Joseph Opper
Dan Litvin
GARWIN GERSTEIN & FISHER LLP
88 Pine Street, 10th Floor
New York, NY 10005
Tel: (212) 398-0055
Fax: (212) 764-6620
bgerstein@garwingerstein.com
jopper@garwingerstein.com
dlitvin@garwingerstein.com

*Attorneys for Plaintiff Drogueria Betances,
LLC and interim lead counsel for the Direct
Purchaser Class*

David Raphael
Erin Leger
Susan Segura
SMITH SEGURA & RAPHAEL, LLP
3600 Jackson St., Ste. 111
Alexandria, LA 71303
Tel: (318) 445-4480
Fax: (318) 487-1741
draphael@ssrllp.com
eleger@ssrllp.com
ssegura@ssrllp.com

By: /s/ Robin A. van der Meulen
Gregory S. Asciolla
Robin A. van der Meulen
Tianran Song
LABATON SUCHAROW LLP
140 Broadway
New York, New York 10005
Tel: (212) 907-0700
Fax: (212) 818-0477
gasciolla@labaton.com
rvandermeulen@labaton.com
tsong@labaton.com

*Attorneys for Plaintiff UFCW Local 1500
Welfare Fund and interim lead counsel for the
End-Payor class*

Robert G. Eisler
Deborah A. Elman
Kelly L. Tucker *(pro hac vice)*
Chad B. Holtzman
GRANT & EISENHOFER P.A.
485 Lexington Avenue
New York, NY 10017
Tel.: (646) 722-8500
Fax: (646) 722-8501
reisler@gelaw.com
delman@gelaw.com
choltzman@gelaw.com
ktucker@gelaw.com

*Attorneys for Plaintiff Law Enforcement Health
Benefits Inc. and the End-Payor class*

John Gregory Odom
Stuart Des Roches
Andrew Kelly
Dan Chiorean
ODOM & DES ROCHES
Poydras Center
650 Poydras Street, Suite 2020
New Orleans, LA 70130
Tel: (504) 522-0077
Fax: (504) 522-0078
jodom@odrlaw.com
stuart@odrlaw.com
akelly@odrlaw.com
dchiorean@odrlaw.com

By: /s/ Benjamin M. Greenblum
Benjamin M. Greenblum
Elise Baumgarten
Thomas Ryan
R. Chet Otis
WILLIAMS & CONNOLLY LLP
650 Fifth Avenue, Suite 1500
New York, New York 10019
Tel: (646) 949-2800
Fax: (646) 949-2801
bgreenblum@wc.com
ebaumgarten@wc.com
tryan@wc.com
rcotis@wc.com

*Attorneys for Defendant Par Pharmaceutical, Inc.*

Russell A. Chorush
Miranda Jones
HEIM PAYNE & CHORUSH LLP
1111 Bagby, Suite 2100
Houston, TX 77002
Tel: (713) 221-2000
Fax: (713) 221-2021
rchorush@hpcllp.com
mjones@hpcllp.com

By: /s/ Julie A. North
Evan R. Chesler
Julie A. North
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, New York 10019
Tel: (212) 474-1000
Fax: (212) 474-3700
echesler@cravath.com
jnorth@cravath.com

*Additional Attorneys for Plaintiff Drogueria Betances, LLC and for the Direct Purchaser Class*

*Attorneys for Defendants Novartis Pharmaceuticals Corporation and Novartis AG*

Kristyn Fields
FARUQI & FARUQI, LLP
685 Third Ave., Floor 26
New York, NY 10017
Tel.: (212) 983-9330
Fax: (212) 983-9331
kfields@faruqilaw.com

Peter Kohn
Joseph T. Lukens
FARUQI & FARUQI, LLP
101 Greenwood Ave., Suite 600
Jenkintown, PA 19046
Tel: (215) 277-5770
pkohn@faruqilaw.com
jlukens@faruqilaw.com

David F. Sorensen
Caitlin G. Coslett
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
dsorensen@bm.net
ccoslett@bm.net

*Attorneys for Plaintiff Rochester Drug Co-
Operative, Inc. and the Direct Purchaser
Class*

By: /s/ Scott E. Perwin
Richard Alan Arnold
Scott E. Perwin
Lauren C. Ravkind
Anna T. Neill
Joshua Gray
KENNY NACHWALTER P.A.
Four Seasons Tower
1441 Brickell Avenue, Suite 1100
Miami, FL 33131
Tel: (305) 373-1000
Fax: (305) 372-1861
rarnold@knpa.com
sperwin@knpa.com
lravkind@knpa.com
aneill@knpa.com
jgray@knpa.com

*Attorneys for Plaintiffs Walgreen Co., The
Kroger Co., and H-E-B, L.P.*

Robert N. Kaplan
Matthew P. McCahill
Ralph E. Labaton
KAPLAN FOX & KILSHEIMER,
LLP
850 Third Avenue, 14th Floor
New York, New York 10022
Tel: 212-687-1980
Fax: 212-687-7714
rkaplan@kaplanfox.com
mmccahill@kaplanfox.com
rlabaton@kaplanfox.com

Joseph M. Vanek
David P. Germaine
VANEK, VICKERS & MASINI
P.C.
55 W. Monroe, Suite 3500
Chicago, Illinois 60603
Tel: 312-224-1500
Fax: 312-224-1510
jvanek@vaneklaw.com
dgermaine@vaneklaw.com

*Attorneys for Plaintiff FWK Holdings,*
*LLC and the Direct Purchaser Class*

Michael L. Roberts
Debra G. Josephson
Stephanie E. Smith
ROBERTS LAW FIRM, P.A.
20 Rahling Circle
Little Rock, AR 72223
Tel.: (501) 821-5575
Fax: (501) 821-4474
mikeroberts@robertslawfirm.us
debrajosephson@robertslawfirm.us
stephaniesmith@robertslawfirm.us

*Attorneys for Plaintiff KPH Healthcare*
*Services, Inc., a/k/a Kinney Drugs, Inc.*
*and the Direct Purchaser Class*

By: /s/ Eric L. Bloom
Alexander J. Egervary
Barry L. Refsin
Eric L. Bloom
HANGLEY ARONCHICK SEGAL PUDLIN &
SCHILLER
One Logan Square, 27th Floor
Philadelphia, PA 19103
(215) 568-6200
aegervary@hangley.com
brefsin@hangley.com
ebloom@hangley.com

*Attorneys for Plaintiffs CVS Pharmacy, Inc., Rite*
*Aid Corporation & Rite Aid Hdqtrs.*
*Cor*