# Exhibit 1

Case 1:18-cv-04361-AKH   Document 250-1   Filed 06/12/20   Page 1 of 9

# Seguin, Paula

| | |
|---|---|
| **From:** | Dan Chiorean <dchiorean@odrlaw.com> |
| **Sent:** | Friday, February 22, 2019 11:06 AM |
| **To:** | Glynn, Katie; Jaramillo, Zarema |
| **Cc:** | Blad, Leiv; Daniel Litvin (dlitvin@garwingerstein.com); van der Meulen, Robin; Deborah Elman; Chris Letter; Kristyn Fields; David Raphael |
| **Subject:** | RE: In re Novartis and Par Antitrust Litig. - Subpoena to Lupin |

Hi Katie,

As to Novel:
I was unaware that Lupin acquired Novel in 2016. Because of the service date of Plaintiffs' subpoena to Novel (January 2, 2019) and its return date of January 24, 2019, Plaintiffs (unaware until now that you represent them) intended to shortly file a motion to compel upon Novel in order to force compliance with the subpoena. Given your correspondence, Plaintiffs will, for the time being, hold off on filing the MTC. However, Plaintiffs consider any objections by Novel to be waived and inoperable at this point. Therefore, I have no problem extending the courtesy until March 8 for you to serve responses, which we will consider for discussion purposes only. We are happy to meet and confer about the subpoena to Novel any time.

As to LPI and Lupin Limited:
I have no objection to waiting to M&C until after you've served your R&Os to the new subpoena (note its due date of February 25th). However, I do not see the benefit of waiting until March 8 or after, since 1) the subpoena is identical to our first subpoena, 2) Lupin has been in possession of the original subpoena for over two months now, since at least 12/18/2018, and 3) we've already M&C'ed once regarding its substance.

Best,
Dan

**Dan Chiorean**
Odom & Des Roches, LLC
2020 Poydras Center
650 Poydras Street
New Orleans, LA 70130
Email: dchiorean@odrlaw.com
Tel (504) 522-0077
Fax (504) 522-0078

---

**From:** Glynn, Katie <KGlynn@lowenstein.com>
**Sent:** Wednesday, February 20, 2019 8:32 PM
**To:** Dan Chiorean <dchiorean@odrlaw.com>; Jaramillo, Zarema <ZJaramillo@lowenstein.com>
**Cc:** Blad, Leiv <LBlad@lowenstein.com>; Daniel Litvin (dlitvin@garwingerstein.com) <dlitvin@garwingerstein.com>; van der Meulen, Robin <RVanDerMeulen@labaton.com>; Deborah Elman <delman@gelaw.com>; Chris Letter <cletter@odrlaw.com>; Kristyn Fields <kfields@faruqilaw.com>; David Raphael <draphael@ssrllp.com>
**Subject:** RE: In re Novartis and Par Antitrust Litig. - Subpoena to Lupin

Dan,

Yes, we will also accept service on behalf of Lupin Pharmaceuticals, Inc.

We think it would be most efficient for us to first serve revised written responses and objections to the subpoena now that it is directed at both Lupin Limited and Lupin Pharmaceuticals, Inc. before engaging in any additional meet and confers. In addition, we understand that Plaintiffs have attempted to serve a subpoena on Novel Laboratories. As you may know, Novel was acquired by Lupin in 2016. We are reviewing the subpoena and would like to request an extension to March 8, 2018, to serve written responses and objections. Would Plaintiffs be amenable to that short

extension? We think it would make sense to then confer on the scope of the subpoenas to both Lupin Limited and Lupin Pharmaceuticals, Inc., as well as Novel Laboratories, altogether.

Thanks,
Katie

**Katie R. Glynn**
Associate
Lowenstein Sandler LLP

**T:** 202.753.3824
**F:** 202.753.3838

---

**From:** Dan Chiorean [mailto:dchiorean@odrlaw.com]
**Sent:** Monday, February 18, 2019 3:08 PM
**To:** Glynn, Katie; Jaramillo, Zarema
**Cc:** Blad, Leiv; Daniel Litvin (dlitvin@garwingerstein.com); van der Meulen, Robin; Deborah Elman; Chris Letter; Kristyn Fields; David Raphael
**Subject:** RE: In re Novartis and Par Antitrust Litig. - Subpoena to Lupin

Great, thanks Katie.

I assume you accept service of the same subpoena on behalf of LPI as well?

If so, let's set a day and time for this week to discuss. I am generally pretty open this week, so I leave you to tell me what day(s) might work best.

In addition, you asked on our last meet and confer if we could provide you with the court's *Daubert* order in Namenda concerning testimony re. earlier entry by our causation expert. I have attached the Court's Memorandum Decision And Order. You'll see the Order addresses multiple topics, however, the portion concerning our discussion from last week can be found on pp. 5-10.

Thanks,
Dan

**Dan Chiorean**
Odom & Des Roches, LLC
2020 Poydras Center
650 Poydras Street
New Orleans, LA 70130
Email:  dchiorean@odrlaw.com
Tel (504) 522-0077
Fax (504) 522-0078

---

**From:** Glynn, Katie <KGlynn@lowenstein.com>
**Sent:** Monday, February 18, 2019 12:06 PM
**To:** Dan Chiorean <dchiorean@odrlaw.com>; Jaramillo, Zarema <ZJaramillo@lowenstein.com>
**Cc:** Blad, Leiv <LBlad@lowenstein.com>; Daniel Litvin (dlitvin@garwingerstein.com) <dlitvin@garwingerstein.com>; Brian Brooks <bbrooks@ssrllp.com>; van der Meulen, Robin <RVanDerMeulen@labaton.com>; Deborah Elman <delman@gelaw.com>; Chris Letter <cletter@odrlaw.com>; Kristyn Fields <kfields@faruqilaw.com>
**Subject:** RE: In re Novartis and Par Antitrust Litig. - Subpoena to Lupin

Hi Dan,

We accept service of the subpoena on behalf of Lupin Limited.

Thanks,
Katie

**Katie R. Glynn**
Associate
Lowenstein Sandler LLP

**T:** 202.753.3824
**F:** 202.753.3838

---

**From:** Dan Chiorean [mailto:dchiorean@odrlaw.com]
**Sent:** Monday, February 18, 2019 1:04 PM
**To:** Glynn, Katie; Jaramillo, Zarema
**Cc:** Blad, Leiv; Daniel Litvin (dlitvin@garwingerstein.com); Brian Brooks; van der Meulen, Robin; Deborah Elman; Chris Letter; Kristyn Fields
**Subject:** RE: In re Novartis and Par Antitrust Litig. - Subpoena to Lupin

Counsel,
I am checking in on the below. Please let us know if you are willing to accept service on behalf of Lupin Limited, of if we should instead continue our negotiations concerning Plaintiffs' originally served subpoena on LPI.

Thanks,
Dan

**Dan Chiorean**
Odom & Des Roches, LLC
2020 Poydras Center
650 Poydras Street
New Orleans, LA 70130
Email:  dchiorean@odrlaw.com
Tel (504) 522-0077
Fax (504) 522-0078

**From:** Dan Chiorean
**Sent:** Monday, February 11, 2019 3:25 PM
**To:** 'Glynn, Katie' <KGlynn@lowenstein.com>; 'Jaramillo, Zarema' <ZJaramillo@lowenstein.com>
**Cc:** 'Blad, Leiv' <LBlad@lowenstein.com>; 'Daniel Litvin (dlitvin@garwingerstein.com)' <dlitvin@garwingerstein.com>; 'Brian Brooks' <bbrooks@ssrllp.com>; 'van der Meulen, Robin' <RVanDerMeulen@labaton.com>; 'Deborah Elman' <delman@gelaw.com>; Chris Letter <cletter@odrlaw.com>; 'Kristyn Fields' <kfields@faruqilaw.com>
**Subject:** RE: In re Novartis and Par Antitrust Litig. - Subpoena to Lupin

Apologies, there was a small date typo in the prior notice, so please use this instead.

Thanks,
Dan

**Dan Chiorean**
Odom & Des Roches, LLC
2020 Poydras Center
650 Poydras Street
New Orleans, LA 70130
Email:  dchiorean@odrlaw.com
Tel (504) 522-0077
Fax (504) 522-0078

**From:** Dan Chiorean
**Sent:** Monday, February 11, 2019 3:20 PM
**To:** 'Glynn, Katie' <KGlynn@lowenstein.com>; Jaramillo, Zarema <ZJaramillo@lowenstein.com>
**Cc:** Blad, Leiv <LBlad@lowenstein.com>; Daniel Litvin (dlitvin@garwingerstein.com) <dlitvin@garwingerstein.com>; Brian Brooks <bbrooks@ssrllp.com>; van der Meulen, Robin <RVanDerMeulen@labaton.com>; Deborah Elman <delman@gelaw.com>; Chris Letter <cletter@odrlaw.com>; Kristyn Fields <kfields@faruqilaw.com>
**Subject:** In re Novartis and Par Antitrust Litig. - Subpoena to Lupin

Katie and Zarema,

Per our conference call last week, in the spirit of cooperation, please see attached a new subpoena addressed to both LPI and Lupin Limited.

Please let Plaintiffs know if you are willing to accept service on behalf of both LPI and Lupin Limited.

As we made clear on the conference call, attempted service of the attached subpoena does <u>not</u> represent any agreement by Plaintiffs with your position that LPI does not have custody or control over documents created by Lupin Limited – Plaintiffs reserve all of our rights to continue pursuing documents from LPI until all 22 requests in Plaintiffs 12/5/2018 subpoena are fulfilled. Nor does attempted service of the attached represent an abandonment of Plaintiffs' 12/5/2018 subpoena to LPI at this time. However, if you accept service of the attached subpoena on behalf of both LPI and Lupin Limited, then we can certainly be amenable to withdrawing the prior subpoena.

Many thanks,
Dan

**Dan Chiorean**
Odom & Des Roches, LLC
2020 Poydras Center
650 Poydras Street
New Orleans, LA 70130
Email: dchiorean@odrlaw.com
Tel (504) 522-0077
Fax (504) 522-0078

**From:** Glynn, Katie <KGlynn@lowenstein.com>
**Sent:** Tuesday, January 29, 2019 7:53 AM
**To:** Dan Chiorean <dchiorean@odrlaw.com>; Jaramillo, Zarema <ZJaramillo@lowenstein.com>
**Cc:** Blad, Leiv <LBlad@lowenstein.com>; Daniel Litvin (dlitvin@garwingerstein.com) <dlitvin@garwingerstein.com>; Brian Brooks <bbrooks@ssrllp.com>; van der Meulen, Robin <RVanDerMeulen@labaton.com>; Deborah Elman <delman@gelaw.com>; Chris Letter <cletter@odrlaw.com>; Kristyn Fields <kfields@faruqilaw.com>
**Subject:** RE: In re Novartis and Par Antitrust Litig., No. 1:18-cv-04361-AKH (SDNY)

Dan,

We can use the following dial-in on Feb. 4 at 11am.

Dial-In:  855-645-3440
Conference Code:  130246

Thanks,
Katie

**Katie R. Glynn**
Associate
Lowenstein Sandler LLP

4

**T:** 202.753.3824
**F:** 202.753.3838

---

**From:** Dan Chiorean [mailto:dchiorean@odrlaw.com]
**Sent:** Monday, January 28, 2019 3:35 PM
**To:** Jaramillo, Zarema
**Cc:** Glynn, Katie; Blad, Leiv; Daniel Litvin (dlitvin@garwingerstein.com); Brian Brooks; van der Meulen, Robin; Deborah Elman; Chris Letter; Kristyn Fields
**Subject:** RE: In re Novartis and Par Antitrust Litig., No. 1:18-cv-04361-AKH (SDNY)

That sounds good, thanks. Your hard stop will force us to be efficient, and I'm all for that.

Dan Chiorean
Odom & Des Roches, LLC
2020 Poydras Center
650 Poydras Street
New Orleans, LA 70130
Email: dchiorean@odrlaw.com
Tel (504) 522-0077
Fax (504) 522-0078

---

**From:** Jaramillo, Zarema <ZJaramillo@lowenstein.com>
**Sent:** Monday, January 28, 2019 1:52 PM
**To:** Dan Chiorean <dchiorean@odrlaw.com>
**Cc:** Glynn, Katie <KGlynn@lowenstein.com>; Blad, Leiv <LBlad@lowenstein.com>; Daniel Litvin (dlitvin@garwingerstein.com) <dlitvin@garwingerstein.com>; Brian Brooks <bbrooks@ssrllp.com>; van der Meulen, Robin <RVanDerMeulen@labaton.com>; Deborah Elman <delman@gelaw.com>; Chris Letter <cletter@odrlaw.com>; Kristyn Fields <kfields@faruqilaw.com>
**Subject:** Re: In re Novartis and Par Antitrust Litig., No. 1:18-cv-04361-AKH (SDNY)

Yes, that works, though I have a hard stop at noon.

We will circulate a dial-in.

Thanks,
Zarema

**Zarema A. Jaramillo**
Partner
Lowenstein Sandler LLP

**T:** 202.753.3830
**F:** 202.753.3838

 



On Jan 28, 2019, at 1:40 PM, Dan Chiorean <dchiorean@odrlaw.com> wrote:

> Hi Zarema,

Would 11am EDT on Monday, 2/4 work for you?

Thanks,
Dan

**Dan Chiorean**
Odom & Des Roches, LLC
2020 Poydras Center
650 Poydras Street
New Orleans, LA 70130
Email: dchiorean@odrlaw.com
Tel (504) 522-0077
Fax (504) 522-0078

---

**From:** Jaramillo, Zarema <ZJaramillo@lowenstein.com>
**Sent:** Tuesday, January 22, 2019 11:23 AM
**To:** Dan Chiorean <dchiorean@odrlaw.com>; Glynn, Katie <KGlynn@lowenstein.com>
**Cc:** Blad, Leiv <LBlad@lowenstein.com>; Daniel Litvin (dlitvin@garwingerstein.com) <dlitvin@garwingerstein.com>; Brian Brooks <bbrooks@ssrllp.com>; van der Meulen, Robin <RVanDerMeulen@labaton.com>; Deborah Elman <delman@gelaw.com>; Chris Letter <cletter@odrlaw.com>; Kristyn Fields <kfields@faruqilaw.com>
**Subject:** RE: In re Novartis and Par Antitrust Litig., No. 1:18-cv-04361-AKH (SDNY)

Dan –

We are available late morning and afternoon of Monday, February 4.  Please let us know what works best for you.

Thanks,
Zarema



**Zarema A. Jaramillo**
Partner
Lowenstein Sandler LLP

**T:** 202.753.3830
**F:** 202.753.3838

<image001.jpg>    <image002.jpg>

---

**From:** Dan Chiorean [mailto:dchiorean@odrlaw.com]
**Sent:** Monday, January 21, 2019 11:10 AM
**To:** Glynn, Katie
**Cc:** Blad, Leiv; Jaramillo, Zarema; Daniel Litvin (dlitvin@garwingerstein.com); Brian Brooks; van der Meulen, Robin; Deborah Elman; Chris Letter; Kristyn Fields
**Subject:** RE: In re Novartis and Par Antitrust Litig., No. 1:18-cv-04361-AKH (SDNY)

Counsel,
We are in receipt of Lupin's Responses & Objections to Plaintiffs' subpoena, and would like to meet and confer.

Unfortunately, due to travel and depositions, I'm unavailable the rest of this week. I could meet on 1/28, 1/29, or 1/30 (though only at 9am EST on 1/30).

Alternatively, I have openings on 2/4 and 2/5.

Thanks,
Dan

**Dan Chiorean**
Odom & Des Roches, LLC
2020 Poydras Center
650 Poydras Street
New Orleans, LA 70130
Email: dchiorean@odrlaw.com
Tel (504) 522-0077
Fax (504) 522-0078

**From:** Glynn, Katie <KGlynn@lowenstein.com>
**Sent:** Friday, January 18, 2019 2:54 PM
**To:** Dan Chiorean <dchiorean@odrlaw.com>
**Cc:** Blad, Leiv <LBlad@lowenstein.com>; Jaramillo, Zarema <ZJaramillo@lowenstein.com>
**Subject:** In re Novartis and Par Antitrust Litig., No. 1:18-cv-04361-AKH (SDNY)

Counsel,

Enclosed please find an electronic service copy of Lupin Pharmaceuticals, Inc.'s Responses and Objections to Direct Purchaser Plaintiffs' Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action.

Regards,
Katie

**Katie R. Glynn**
Associate
Lowenstein Sandler LLP

**T:** 202.753.3824
**F:** 202.753.3838

<image003.png>

This message contains confidential information, intended only for the person(s) named above, which may also be privileged. Any use, distribution, copying or disclosure by any other person is strictly prohibited. In such case, you should delete this message and kindly notify the sender via reply e-mail. Please advise immediately if you or your employer does not consent to Internet e-mail for messages of this kind.

This message contains confidential information, intended only for the person(s) named above, which may also be privileged. Any use, distribution, copying or disclosure by any other person is strictly prohibited. In such case, you should delete this message and kindly notify the sender via reply e-mail. Please advise immediately if you or your employer does not consent to Internet e-mail for messages of this kind.

This message contains confidential information, intended only for the person(s) named above, which may also be privileged. Any use, distribution, copying or disclosure by any other person is strictly prohibited. In such case, you should

delete this message and kindly notify the sender via reply e-mail. Please advise immediately if you or your employer does not consent to Internet e-mail for messages of this kind.

---

This message contains confidential information, intended only for the person(s) named above, which may also be privileged. Any use, distribution, copying or disclosure by any other person is strictly prohibited. In such case, you should delete this message and kindly notify the sender via reply e-mail. Please advise immediately if you or your employer does not consent to Internet e-mail for messages of this kind.

---

This message contains confidential information, intended only for the person(s) named above, which may also be privileged. Any use, distribution, copying or disclosure by any other person is strictly prohibited. In such case, you should delete this message and kindly notify the sender via reply e-mail. Please advise immediately if you or your employer does not consent to Internet e-mail for messages of this kind.

---

This message contains confidential information, intended only for the person(s) named above, which may also be privileged. Any use, distribution, copying or disclosure by any other person is strictly prohibited. In such case, you should delete this message and kindly notify the sender via reply e-mail. Please advise immediately if you or your employer does not consent to Internet e-mail for messages of this kind.