# Exhibit 2

**Katie Glynn**
Associate

2200 Pennsylvania Ave, NW
Washington, DC 20037

T: 202.753.3824
F: 973.597.2400
E: kglynn@lowenstein.com

June 26, 2019

**VIA EMAIL**

Dan Chiorean
Law Offices of Odom & Des Roches, LLC
650 Poydras Street
New Orleans, LA 70130
dchiorean@odrlaw.com

Re:    *In re Novartis and Par Antitrust Litigation*, 1:18-cv-04361-AKH (S.D.N.Y.)

Counsel:

On behalf of Novel Laboratories, Inc. ("Novel"), you will be receiving via email a Sharefile link containing non-privileged documents responsive to Request Nos. 1 and 3 of the third-party Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action directed to Novel by Plaintiffs in the above-referenced case, dated December 27, 2018 (the "Subpoena").

This production is made in accordance with the Order Regarding the Protocol for Production of Electronically Stored Information and Hard Copy Documents (Dkt. No. 94) and the files are Bates-stamped with the identifiers NOVEL-NVTS-0000001 – NOVEL-NVTS-0018067. The link is password protected, and the password has been sent to you via e-mail. The files are designated "HIGHLY CONFIDENTIAL" pursuant to the Stipulated Protective Order (Dkt. No. 95).

Novel's production shall not be deemed a waiver of any applicable objection or claim of any applicable privilege or protection.

Regards,

*/s/ Katie Glynn*

Katie Glynn

cc:    Counsel for Plaintiffs