# Exhibit 7

**Seguin, Paula**

| | |
|---|---|
| **From:** | Dan Chiorean <dchiorean@odrlaw.com> |
| **Sent:** | Thursday, August 22, 2019 11:50 AM |
| **To:** | Glynn, Katie |
| **Cc:** | Blad, Leiv; Jaramillo, Zarema; 'Daniel Litvin (dlitvin@garwingerstein.com)'; 'van der Meulen, Robin'; 'Deborah Elman'; Chris Letter; 'Kristyn Fields'; 'David Raphael'; 'Kelly Tucker'; Caitlin G. Coslett |
| **Subject:** | RE: In re Novartis and Par Antitrust Litig. (SDNY) |

Good morning Katie,

Lupin and Novel's last productions were on August 5, 2019, over two weeks ago. Plaintiffs asked over 1.5 months ago that Lupin and Novel complete their productions by August 5, 2019, yet there are still multiple outstanding gaps in both productions, as outlined in my email on August 8 below. In other words, Lupin and Novel still have not produced all of the documents they agreed to produce, as set forth in your April 19, 2019 letter and our subsequent meet & confers.

Plaintiffs ask that Lupin and Novel both complete the *entirety* of their outstanding productions no later than September 3, 2019. If we do not receive the documents by that date, or we receive another partial/incomplete production, Plaintiffs will be forced to move to compel.

Many thanks,
Dan


**Dan Chiorean**
Odom & Des Roches, LLC
2020 Poydras Center
650 Poydras Street
New Orleans, LA 70130
Email: dchiorean@odrlaw.com
Tel (504) 522-0077
Fax (504) 522-0078

PRIVILEGED ATTORNEY/CLIENT, ATTORNEY WORK PRODUCT. The information in this transmittal may be privileged and/or confidential and is intended only for the recipient(s) listed above. If you are neither the intended recipient(s) nor a person responsible for the delivery of this transmittal to the intended recipient(s), you are hereby notified that any distribution or copying of this transmittal is prohibited. If you have received this transmittal in error, please notify Odom & Des Roches, LLC immediately at (504) 522-0077 or by return email.

**From:** Dan Chiorean
**Sent:** Tuesday, August 13, 2019 5:19 PM
**To:** 'Glynn, Katie' <KGlynn@lowenstein.com>
**Cc:** 'Blad, Leiv' <LBlad@lowenstein.com>; 'Jaramillo, Zarema' <ZJaramillo@lowenstein.com>; 'Daniel Litvin (dlitvin@garwingerstein.com)' <dlitvin@garwingerstein.com>; 'van der Meulen, Robin' <rvandermeulen@labaton.com>; 'Deborah Elman' <delman@gelaw.com>; Chris Letter <cletter@odrlaw.com>; 'Kristyn Fields' <kfields@faruqilaw.com>; 'David Raphael' <draphael@ssrllp.com>; 'Kelly Tucker' <ktucker@gelaw.com>; Caitlin G. Coslett (ccoslett@bm.net) <ccoslett@bm.net>
**Subject:** RE: In re Novartis and Par Antitrust Litig. (SDNY)

Katie,
In addition to the three questions in my email below, attached please find Plaintiffs' correspondence with questions regarding recently produced sales and chargeback data from Lupin and Novel.

Thanks,
DC

**Dan Chiorean**
Odom & Des Roches, LLC
2020 Poydras Center
650 Poydras Street
New Orleans, LA 70130
Email: dchiorean@odrlaw.com
Tel (504) 522-0077
Fax (504) 522-0078

PRIVILEGED ATTORNEY/CLIENT, ATTORNEY WORK PRODUCT. The information in this transmittal may be privileged and/or confidential and is intended only for the recipient(s) listed above. If you are neither the intended recipient(s) nor a person responsible for the delivery of this transmittal to the intended recipient(s), you are hereby notified that any distribution or copying of this transmittal is prohibited. If you have received this transmittal in error, please notify Odom & Des Roches, LLC immediately at (504) 522-0077 or by return email.

**From:** Dan Chiorean
**Sent:** Thursday, August 8, 2019 11:39 AM
**To:** Glynn, Katie <KGlynn@lowenstein.com>
**Cc:** Blad, Leiv <LBlad@lowenstein.com>; Jaramillo, Zarema <ZJaramillo@lowenstein.com>; 'Daniel Litvin (dlitvin@garwingerstein.com)' <dlitvin@garwingerstein.com>; 'van der Meulen, Robin' <rvandermeulen@labaton.com>; 'Deborah Elman' <delman@gelaw.com>; Chris Letter <cletter@odrlaw.com>; 'Kristyn Fields' <kfields@faruqilaw.com>; 'David Raphael' <draphael@ssrllp.com>; 'Kelly Tucker' <ktucker@gelaw.com>; Caitlin G. Coslett (ccoslett@bm.net) <ccoslett@bm.net>
**Subject:** RE: In re Novartis and Par Antitrust Litig. (SDNY)

Katie,
We have received and loaded your most recent production. We'll let you know if we have questions about these documents.

Additionally, we had requested that Lupin and Novel complete their productions by August 5, 2019. This production does not appear to be such a completion. At the very minimum, Plaintiffs are still missing:
1. Lupin's supplemental production of documents responsive to Request No. 3, i.e. Lupin's complete regulatory correspondence for ANDA No. 090245.
2. Lupin's production of documents responsive to Request No. 5.
3. Novel's production of documents responsive to Request Nos. 4 and 5

When can we expect to receive these documents?

Regards,
Dan

**Dan Chiorean**
Odom & Des Roches, LLC
2020 Poydras Center
650 Poydras Street
New Orleans, LA 70130
Email: dchiorean@odrlaw.com
Tel (504) 522-0077
Fax (504) 522-0078

PRIVILEGED ATTORNEY/CLIENT, ATTORNEY WORK PRODUCT. The information in this transmittal may be privileged and/or confidential and is intended only for the recipient(s) listed above. If you are neither the intended recipient(s) nor a person responsible for the delivery of this transmittal to the intended recipient(s), you are hereby notified that any distribution or copying of this transmittal is prohibited. If you have received this transmittal in error, please notify Odom & Des Roches, LLC immediately at (504) 522-0077 or by return email.

**From:** Glynn, Katie <KGlynn@lowenstein.com>
**Sent:** Monday, August 5, 2019 1:00 PM
**To:** Dan Chiorean <dchiorean@odrlaw.com>

**Cc:** Blad, Leiv <LBlad@lowenstein.com>; Jaramillo, Zarema <ZJaramillo@lowenstein.com>; 'Daniel Litvin (dlitvin@garwingerstein.com)' <dlitvin@garwingerstein.com>; 'van der Meulen, Robin' <rvandermeulen@labaton.com>; 'Deborah Elman' <delman@gelaw.com>; Chris Letter <cletter@odrlaw.com>; 'Kristyn Fields' <kfields@faruqilaw.com>; 'David Raphael' <draphael@ssrllp.com>; 'Kelly Tucker' <ktucker@gelaw.com>
**Subject:** In re Novartis and Par Antitrust Litig. (SDNY)

Counsel,

Please see the attached correspondence.  The referenced Sharefile links are below, and the password will be sent via separate cover.

https://lowensteinsandler.sharefile.com/d-saa3bc11c8df4d4b8

https://lowensteinsandler.sharefile.com/d-sb3f74af303845d19

Thanks,
Katie

**Katie R. Glynn**
Associate
Lowenstein Sandler LLP

**T:** 202.753.3824
**F:** 202.753.3838



---

This message contains confidential information, intended only for the person(s) named above, which may also be privileged. Any use, distribution, copying or disclosure by any other person is strictly prohibited. In such case, you should delete this message and kindly notify the sender via reply e-mail. Please advise immediately if you or your employer does not consent to Internet e-mail for messages of this kind.