# Exhibit 9

# Seguin, Paula

| | |
|---|---|
| **From:** | Dan Chiorean <dchiorean@odrlaw.com> |
| **Sent:** | Wednesday, January 29, 2020 12:14 PM |
| **To:** | Fazli, Ario |
| **Cc:** | Blad, Leiv; Glynn, Katie; Rosado-Diaz, Judy; Murillo, Edoardo; Daniel Litvin (dlitvin@garwingerstein.com); Caitlin G. Coslett (ccoslett@bm.net); Thomas Maas |
| **Subject:** | RE: In re Novartis and Par Antitrust Litigation, 1:18-cv-04361-AKH |
| **Attachments:** | RE_ In re Novartis and Par Antitrust Litig. (SDNY) (2019.12.4).pdf; 2019-04-03 - Pls Letter to Lupin and Novel re Pls Subpoenas.pdf |

Good morning,

Since I haven't received an agenda, below is a list of items Plaintiffs would like to discuss:

1. A timeline for production of forecasts from Novel, per my 12/4/2019 email (attached) noting their absence.
2. A timeline for production of Novel's launch preparation documents responsive to Request Nos. 4 and 5, including batch manufacturing records for its process validation ("PV") batches, PV reports, and finished product inventory from the start of launch quantity manufacturing until day of launch.
3. A timeline for production of final approval letters for Lupin and Novel's ANDAs.
4. A timeline for production of Lupin's launch preparation documents responsive to Request Nos. 4 and 5, as agreed upon on our 5/22/2019 teleconference and outlined in Plaintiffs' 4/3/2019 letter correspondence (attached) and our most recent 1/13/2020 correspondence.
5. A timeline for responding to all questions posed in Plaintiffs' 8/13/2019 letter concerning sales data.

Thanks,
DC

**Dan Chiorean**
Odom & Des Roches, LLC
2020 Poydras Center
650 Poydras Street
New Orleans, LA 70130
Email: dchiorean@odrlaw.com
Tel (504) 522-0077
Fax (504) 522-0078

PRIVILEGED ATTORNEY/CLIENT, ATTORNEY WORK PRODUCT. The information in this transmittal may be privileged and/or confidential and is intended only for the recipient(s) listed above. If you are neither the intended recipient(s) nor a person responsible for the delivery of this transmittal to the intended recipient(s), you are hereby notified that any distribution or copying of this transmittal is prohibited. If you have received this transmittal in error, please notify Odom & Des Roches, LLC immediately at (504) 522-0077 or by return email.

**From:** Dan Chiorean <dchiorean@odrlaw.com>
**Sent:** Monday, January 27, 2020 11:24 PM
**To:** Fazli, Ario <AFazli@lowenstein.com>
**Cc:** Blad, Leiv <LBlad@lowenstein.com>; Glynn, Katie <KGlynn@lowenstein.com>; Rosado-Diaz, Judy <jrosadodiaz@lowenstein.com>; Murillo, Edoardo <EMurillo@lowenstein.com>; Daniel Litvin (dlitvin@garwingerstein.com) <dlitvin@garwingerstein.com>; Caitlin G. Coslett (ccoslett@bm.net) <ccoslett@bm.net>; Thomas Maas <tmaas@odrlaw.com>
**Subject:** Re: In re Novartis and Par Antitrust Litigation, 1:18-cv-04361-AKH

2pm EST on Wednesday works. We can use the following dial-in:

Dial-in Number: 1-310-372-7549
Conference Code: 443004

Please send an agenda of what you'd like to discuss, and I can amend accordingly.

Thanks,
DC

**Dan Chiorean**
Odom & Des Roches, LLC
Poydras Center, Suite 2020
650 Poydras Street
New Orleans, LA 70130
Email: dchiorean@odrlaw.com
Tel  (504) 522-0077
Fax (504) 522-0078

---

**From:** "Fazli, Ario" <AFazli@lowenstein.com>
**Date:** Monday, January 27, 2020 at 14:17
**To:** Dan Chiorean <dchiorean@odrlaw.com>
**Cc:** "lblad@lowenstein.com" <LBlad@lowenstein.com>, Katie Glynn <KGlynn@lowenstein.com>, "Rosado-Diaz, Judy" <jrosadodiaz@lowenstein.com>, "Murillo, Edoardo" <EMurillo@lowenstein.com>, Daniel Litvin <dlitvin@garwingerstein.com>, Caitlin Coslett <ccoslett@bm.net>, Thomas Maas <tmaas@odrlaw.com>
**Subject:** RE: In re Novartis and Par Antitrust Litigation, 1:18-cv-04361-AKH

Hello Dan,

Are you available at 2:00pm EST on Wednesday? If so, please circulate a dial-in.

Thank you,
Ario


**Ario Fazli**
Associate
Lowenstein Sandler LLP

**T:** 202.753.3778

---

**From:** Dan Chiorean <dchiorean@odrlaw.com>
**Sent:** Saturday, January 25, 2020 6:47 PM
**To:** Fazli, Ario <AFazli@lowenstein.com>
**Cc:** Blad, Leiv <LBlad@lowenstein.com>; Glynn, Katie <KGlynn@lowenstein.com>; Rosado-Diaz, Judy <jrosadodiaz@lowenstein.com>; Murillo, Edoardo <EMurillo@lowenstein.com>; Daniel Litvin (dlitvin@garwingerstein.com) <dlitvin@garwingerstein.com>; Caitlin G. Coslett (ccoslett@bm.net) <ccoslett@bm.net>; Thomas Maas <tmaas@odrlaw.com>
**Subject:** RE: In re Novartis and Par Antitrust Litigation, 1:18-cv-04361-AKH

I'm available all day Wednesday and Thursday. Please suggest a time.

Thanks,
DC

**Dan Chiorean**
Odom & Des Roches, LLC
2020 Poydras Center
650 Poydras Street
New Orleans, LA 70130
Email: dchiorean@odrlaw.com
Tel (504) 522-0077
Fax (504) 522-0078

PRIVILEGED ATTORNEY/CLIENT, ATTORNEY WORK PRODUCT. The information in this transmittal may be privileged and/or confidential and is intended only for the recipient(s) listed above. If you are neither the intended recipient(s) nor a person responsible for the delivery of this transmittal to the intended recipient(s), you are hereby notified that any distribution or copying of this transmittal is prohibited. If you have received this transmittal in error, please notify Odom & Des Roches, LLC immediately at (504) 522-0077 or by return email.

**From:** Fazli, Ario <AFazli@lowenstein.com>
**Sent:** Friday, January 24, 2020 3:05 PM
**To:** Dan Chiorean <dchiorean@odrlaw.com>
**Cc:** Blad, Leiv <LBlad@lowenstein.com>; Glynn, Katie <KGlynn@lowenstein.com>; Rosado-Diaz, Judy <jrosadodiaz@lowenstein.com>; Murillo, Edoardo <EMurillo@lowenstein.com>
**Subject:** In re Novartis and Par Antitrust Litigation, 1:18-cv-04361-AKH

Counsel,

We have received your January 13, 2020 letters regarding the Plaintiffs' Rule 45 Subpoenas to Lupin Pharmaceuticals, Inc., Lupin Limited, and Novel Laboratories and the corresponding document productions. We would like to arrange a meet and confer regarding your letters and the document productions. Please let us know of your availability for a meet and confer late next week.

Regards,
Ario


**Ario Fazli**
Associate
Lowenstein Sandler LLP

**T:** 202.753.3778



---

This message contains confidential information, intended only for the person(s) named above, which may also be privileged. Any use, distribution, copying or disclosure by any other person is strictly prohibited. In such case, you should delete this message and kindly notify the sender via reply e-mail. Please advise immediately if you or your employer does not consent to Internet e-mail for messages of this kind.

---

This message contains confidential information, intended only for the person(s) named above, which may also be privileged. Any use, distribution, copying or disclosure by any other person is strictly prohibited. In such case, you should

delete this message and kindly notify the sender via reply e-mail. Please advise immediately if you or your employer does not consent to Internet e-mail for messages of this kind.