# Exhibit 11



| **Ario Fazli**<br>Associate | 2200 Pennsylvania Ave, NW<br>Washington, DC 20037 |
|---|---|
| | **T**: 202.753.3778<br>**F**: 202.753.3838<br>**E**: afazli@lowenstein.com |

February 28, 2020

**VIA EMAIL**

Dan Chiorean
Law Offices of Odom & Des Roches, LLC
650 Poydras Street
New Orleans, LA 70130
dchiorean@odrlaw.com

Re:     *In re Novartis and Par Antitrust Litigation*, 1:18-cv-04361-AKH (S.D.N.Y.)

Counsel:

On behalf of Lupin Limited and Lupin Pharmaceuticals, Inc. (collectively, "Lupin") and Novel Laboratories, Inc. ("Novel"), this letter addresses the discovery issues we recently discussed.

You will be receiving via email a Sharefile link containing non-privileged documents responsive to Request Nos. 4 and 5 of the third-party Subpoenas to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action directed to Lupin and Novel by Plaintiffs in the above-referenced case. The files are Bates-stamped with the identifiers LUP-NVTS-0020050 - LUP-NVTS-0020077 and NOVEL-NVTS-0019895 – NOVEL-NVTS-0019936. Both productions are made in accordance with the Order Regarding the Protocol for Production of Electronically Stored Information and Hard Copy Documents (Dkt. No. 94). The files are designated "HIGHLY CONFIDENTIAL" pursuant to the Stipulated Protective Order (Dkt. No. 95).

Regarding questions regarding data fields, the "Prom_Amt" field represents a promotion amount, such as an off-invoice discount. The "Chargeback Amount" field represents actual chargeback dollars paid to wholesalers. Lastly, the "PAID_CHGBK_AMT" field in LUP-NVTS-011430 represents actual chargeback dollars paid to wholesalers.

Lupin and Novel's productions shall not be deemed a waiver of any applicable objection or claim of any applicable privilege or protection.

Regards,

*/s/ Ario Fazli*

Ario Fazli

cc:     Counsel for Plaintiffs

---

NEW YORK        PALO ALTO        NEW JERSEY        UTAH        WASHINGTON, D.C.                    Lowenstein Sandler LLP