# Exhibit 13

# Thomas, Patrick

| | |
|---|---|
| **From:** | Slachetka, Meg <MSlachetka@lowenstein.com> |
| **Sent:** | Tuesday, April 7, 2020 1:48 PM |
| **To:** | 'dchiorean@odrlaw.com' |
| **Cc:** | Blad, Leiv; Fazli, Ario; 'dlitvin@garwingerstein.com'; 'rvandermeulen@labaton.com'; 'delman@gelaw.com'; 'cletter@odrlaw.com'; 'ktucker@gelaw.com'; 'ccoslett@bm.net' |
| **Subject:** | RE: In re Novartis and Par Antitrust Litig. |

Dan -

As my colleagues informed you during a call on March 10th, Lupin disagrees both with Plaintiffs' characterization of the documents you seek as "missing" and with Plaintiffs' belief that Lupin's production to date is insufficient or in any way deficient. Lupin acquired Novel Laboratories in early 2016, and many former Novel employees with relevant knowledge of these issues are no longer employed by Lupin. Nevertheless, we have worked in good faith over many months to endeavor to locate and produce documents responsive to Plaintiffs' evolving demands. Frankly, it is our expectation that Lupin is in possession of no other documents responsive to the subpoena. However, the current corornavirus pandemic has made it even more difficult for our client to address Plaintiffs' latest series of questions, or otherwise to definitively confirm that no such documents exist.

Lupin continues to work in good faith to investigate the questions you raised on March 10th, but we are not in a position to comply with your unreasonable April 10th deadline, nor to set a date certain by which we will have answers to your questions. We disagree that we have reached impasse, and will advise you as soon as we have more information to share. We hope that you and your colleagues remain well.

Best,
Meg


**Meg Slachetka**
Counsel
Lowenstein Sandler LLP

**T:** 212.419.5856
**F:** 973.422.6783

  

---

**From:** Fazli, Ario <AFazli@lowenstein.com>
**Sent:** Tuesday, April 7, 2020 11:23 AM
**To:** Slachetka, Meg <MSlachetka@lowenstein.com>
**Cc:** Blad, Leiv <LBlad@lowenstein.com>
**Subject:** Fwd: In re Novartis and Par Antitrust Litig.


Begin forwarded message:

1

**From:** Dan Chiorean <dchiorean@odrlaw.com>
**Date:** April 7, 2020 at 11:16:53 AM EDT
**To:** "Fazli, Ario" <AFazli@lowenstein.com>, "Daniel Litvin (dlitvin@garwingerstein.com)" <dlitvin@garwingerstein.com>, "rvandermeulen@labaton.com" <rvandermeulen@labaton.com>, "delman@gelaw.com" <delman@gelaw.com>, Chris Letter <cletter@odrlaw.com>, "ktucker@gelaw.com" <ktucker@gelaw.com>, "Caitlin G. Coslett (ccoslett@bm.net)" <ccoslett@bm.net>
**Cc:** "Blad, Leiv" <LBlad@lowenstein.com>, "Murillo, Edoardo" <EMurillo@lowenstein.com>, "Rosado-Diaz, Judy" <jrosadodiaz@lowenstein.com>
**Subject:** RE:  In re Novartis and Par Antitrust Litig.

Hi Ario,
It has now been nearly a month since we spoke, and we have received no word from Lupin on the timing of production of Lupin's missing documents. Moreover, it has been twelve months since Plaintiffs and Lupin agreed upon the scope of Lupin's production, and seventeen months since Plaintiffs served our subpoena.

Plaintiffs request that Lupin immediately, but no later than Friday April 10, 2020, (1) produce the missing documents and answer Plaintiffs' data questions, or (2) provide Plaintiffs with an exact date when Lupin will complete its production and answer Plaintiffs' data questions in the near future.

Plaintiffs will interpret silence from Lupin on this matter as a sign that we have reached impasse, and proceed accordingly to seek redress from the court.

Thanks,
DC

**Dan Chiorean**
Odom & Des Roches, LLC
2020 Poydras Center
650 Poydras Street
New Orleans, LA 70130
Email:  dchiorean@odrlaw.com
Tel (504) 522-0077
Fax (504) 522-0078

PRIVILEGED ATTORNEY/CLIENT, ATTORNEY WORK PRODUCT. The information in this transmittal may be privileged and/or confidential and is intended only for the recipient(s) listed above. If you are neither the intended recipient(s) nor a person responsible for the delivery of this transmittal to the intended recipient(s), you are hereby notified that any distribution or copying of this transmittal is prohibited. If you have received this transmittal in error, please notify Odom & Des Roches, LLC immediately at (504) 522-0077 or by return email.

**From:** Dan Chiorean
**Sent:** Monday, March 23, 2020 4:09 PM
**To:** Fazli, Ario <AFazli@lowenstein.com>; Daniel Litvin (dlitvin@garwingerstein.com) <dlitvin@garwingerstein.com>; 'rvandermeulen@labaton.com' <rvandermeulen@labaton.com>; 'delman@gelaw.com' <delman@gelaw.com>; Chris Letter <cletter@odrlaw.com>; 'ktucker@gelaw.com' <ktucker@gelaw.com>; Caitlin G. Coslett (ccoslett@bm.net) <ccoslett@bm.net>
**Cc:** Blad, Leiv <LBlad@lowenstein.com>; Murillo, Edoardo <EMurillo@lowenstein.com>; Rosado-Diaz, Judy <jrosadodiaz@lowenstein.com>
**Subject:** RE: In re Novartis and Par Antitrust Litig.

Hi Ario,
I'm checking in again if you've had an opportunity to discuss with your client and have a timeline for producing the documents.

Thanks,

2

DC

**Dan Chiorean**
Odom & Des Roches, LLC
2020 Poydras Center
650 Poydras Street
New Orleans, LA 70130
Email: dchiorean@odrlaw.com
Tel (504) 522-0077
Fax (504) 522-0078

PRIVILEGED ATTORNEY/CLIENT, ATTORNEY WORK PRODUCT. The information in this transmittal may be privileged and/or confidential and is intended only for the recipient(s) listed above. If you are neither the intended recipient(s) nor a person responsible for the delivery of this transmittal to the intended recipient(s), you are hereby notified that any distribution or copying of this transmittal is prohibited. If you have received this transmittal in error, please notify Odom & Des Roches, LLC immediately at (504) 522-0077 or by return email.

---

**From:** Dan Chiorean
**Sent:** Wednesday, March 18, 2020 3:42 PM
**To:** Fazli, Ario <AFazli@lowenstein.com>; Daniel Litvin (dlitvin@garwingerstein.com) <dlitvin@garwingerstein.com>; 'rvandermeulen@labaton.com' <rvandermeulen@labaton.com>; 'delman@gelaw.com' <delman@gelaw.com>; Chris Letter <cletter@odrlaw.com>; 'ktucker@gelaw.com' <ktucker@gelaw.com>; Caitlin G. Coslett (ccoslett@bm.net) <ccoslett@bm.net>
**Cc:** Blad, Leiv <LBlad@lowenstein.com>; Murillo, Edoardo <EMurillo@lowenstein.com>; Rosado-Diaz, Judy <jrosadodiaz@lowenstein.com>
**Subject:** RE: In re Novartis and Par Antitrust Litig.

Hi Ario,
Do you have a timeline for production of the Lupin and Novel documents we discussed on our call last week?

Thanks,
DC

**Dan Chiorean**
Odom & Des Roches, LLC
2020 Poydras Center
650 Poydras Street
New Orleans, LA 70130
Email: dchiorean@odrlaw.com
Tel (504) 522-0077
Fax (504) 522-0078

PRIVILEGED ATTORNEY/CLIENT, ATTORNEY WORK PRODUCT. The information in this transmittal may be privileged and/or confidential and is intended only for the recipient(s) listed above. If you are neither the intended recipient(s) nor a person responsible for the delivery of this transmittal to the intended recipient(s), you are hereby notified that any distribution or copying of this transmittal is prohibited. If you have received this transmittal in error, please notify Odom & Des Roches, LLC immediately at (504) 522-0077 or by return email.

---

**From:** Fazli, Ario <AFazli@lowenstein.com>
**Sent:** Monday, March 9, 2020 2:52 PM
**To:** Dan Chiorean <dchiorean@odrlaw.com>; Daniel Litvin (dlitvin@garwingerstein.com) <dlitvin@garwingerstein.com>; 'rvandermeulen@labaton.com' <rvandermeulen@labaton.com>; 'delman@gelaw.com' <delman@gelaw.com>; Chris Letter <cletter@odrlaw.com>; 'ktucker@gelaw.com' <ktucker@gelaw.com>; Caitlin G. Coslett (ccoslett@bm.net) <ccoslett@bm.net>
**Cc:** Blad, Leiv <LBlad@lowenstein.com>; Murillo, Edoardo <EMurillo@lowenstein.com>; Rosado-Diaz,

Judy <jrosadodiaz@lowenstein.com>
**Subject:** RE: In re Novartis and Par Antitrust Litig.

Hi Dan,

We are available to discuss tomorrow afternoon. If you are available tomorrow afternoon, please circulate a dial-in that we can use.

Thank you,
Ario


**Ario Fazli**
Associate
Lowenstein Sandler LLP

**T:** 202.753.3778

---

**From:** Dan Chiorean <dchiorean@odrlaw.com>
**Sent:** Monday, March 09, 2020 10:57 AM
**To:** Fazli, Ario <AFazli@lowenstein.com>; Daniel Litvin (dlitvin@garwingerstein.com) <dlitvin@garwingerstein.com>; 'rvandermeulen@labaton.com' <rvandermeulen@labaton.com>; 'delman@gelaw.com' <delman@gelaw.com>; Chris Letter <cletter@odrlaw.com>; 'ktucker@gelaw.com' <ktucker@gelaw.com>; Caitlin G. Coslett (ccoslett@bm.net) <ccoslett@bm.net>
**Cc:** Blad, Leiv <LBlad@lowenstein.com>; Murillo, Edoardo <EMurillo@lowenstein.com>; Rosado-Diaz, Judy <jrosadodiaz@lowenstein.com>
**Subject:** RE: In re Novartis and Par Antitrust Litig.

Good morning Ario,

We've completed review of Lupin and Novel's productions. Do you have availability to discuss, perhaps tomorrow?

Thanks,
DC

**Dan Chiorean**
Odom & Des Roches, LLC
2020 Poydras Center
650 Poydras Street
New Orleans, LA 70130
Email: dchiorean@odrlaw.com
Tel (504) 522-0077
Fax (504) 522-0078

PRIVILEGED ATTORNEY/CLIENT, ATTORNEY WORK PRODUCT. The information in this transmittal may be privileged and/or confidential and is intended only for the recipient(s) listed above. If you are neither the intended recipient(s) nor a person responsible for the delivery of this transmittal to the intended recipient(s), you are hereby notified that any distribution or copying of this transmittal is prohibited. If you have received this transmittal in error, please notify Odom & Des Roches, LLC immediately at (504) 522-0077 or by return email.

---

**From:** Fazli, Ario <AFazli@lowenstein.com>
**Sent:** Friday, February 28, 2020 11:12 AM
**To:** Dan Chiorean <dchiorean@odrlaw.com>; Daniel Litvin (dlitvin@garwingerstein.com)

<dlitvin@garwingerstein.com>; 'rvandermeulen@labaton.com' <rvandermeulen@labaton.com>; 'delman@gelaw.com' <delman@gelaw.com>; Chris Letter <cletter@odrlaw.com>; 'ktucker@gelaw.com' <ktucker@gelaw.com>; Caitlin G. Coslett (ccoslett@bm.net) <ccoslett@bm.net>
**Cc:** Blad, Leiv <LBlad@lowenstein.com>; Murillo, Edoardo <EMurillo@lowenstein.com>; Rosado-Diaz, Judy <jrosadodiaz@lowenstein.com>
**Subject:** In re Novartis and Par Antitrust Litig.

Counsel,

Please see the attached correspondence. The referenced Sharefile link is below, and the password will be sent to you via separate cover.

https://lowensteinsandler.sharefile.com/d-s810b0008d16455ca

Regards,
Ario


**Ario Fazli**
Associate
Lowenstein Sandler LLP

**T:** 202.753.3778



This message contains confidential information, intended only for the person(s) named above, which may also be privileged. Any use, distribution, copying or disclosure by any other person is strictly prohibited. In such case, you should delete this message and kindly notify the sender via reply e-mail. Please advise immediately if you or your employer does not consent to Internet e-mail for messages of this kind.

This message contains confidential information, intended only for the person(s) named above, which may also be privileged. Any use, distribution, copying or disclosure by any other person is strictly prohibited. In such case, you should delete this message and kindly notify the sender via reply e-mail. Please advise immediately if you or your employer does not consent to Internet e-mail for messages of this kind.

This message contains confidential information, intended only for the person(s) named above, which may also be privileged. Any use, distribution, copying or disclosure by any other person is strictly prohibited. In such case, you should delete this message and kindly notify the sender via reply e-mail. Please advise immediately if you or your employer does not consent to Internet e-mail for messages of this kind.