# Exhibit 17



**Meg Slachetka**
Counsel

1251 Avenue of the Americas
New York, New York 10020

**T**: 212.419.5856
**E**: mslachetka@lowenstein.com

June 11, 2020

VIA EMAIL

Dan Chiorean
Law Offices of Odom & Des Roches, LLC
650 Poydras Street
New Orleans, LA 70130
dchiorean@odrlaw.com

Re:   *In re Novartis and Par Antitrust Litigation*, 1:18-cv-04361-AKH (S.D.N.Y.)

Counsel:

I write on behalf of Lupin Limited and Lupin Pharmaceuticals, Inc. (together, "Lupin") concerning the non-party subpoena Plaintiffs served on Lupin in the above-captioned litigation (the "Subpoena").

You will be receiving via email a Sharefile link containing non-privileged documents responsive to Request No. 4 of the Subpoena that were inadvertently excluded from Lupin's previous production. The link is password protected, and the password has also been sent to you via email. The files are Bates-stamped with the identifiers LUP-NVTS-0020078 - LUP-NVTS-0020160. Lupin is making this production as part of an agreement between Lupin and Plaintiffs regarding the narrowed scope of the document requests in the Subpoena.

This production is made in accordance with the Order Regarding the Protocol for Production of Electronically Stored Information and Hard Copy Documents (Dkt. No. 94). The files are designated "HIGHLY CONFIDENTIAL" pursuant to the Stipulated Protective Order (Dkt. No. 95). Lupin's production shall not be deemed a waiver of any applicable objection or claim of any applicable privilege or protection.

Very truly yours,

*/s/* Meg Slachetka_____

Meg Slachetka

cc: Plaintiffs' Counsel *(via email)*