BRUCE E. GERSTEIN
SCOTT W. FISHER
JOSEPH OPPER
NOAH H. SILVERMAN
KIMBERLY M. HENNINGS
ELENA K. CHAN
JONATHAN M. GERSTEIN
DAN LITVIN

**GARWIN GERSTEIN & FISHER LLP**
COUNSELORS AT LAW
WALL STREET PLAZA
88 PINE STREET, 10TH FLOOR
NEW YORK, N.Y. 10005
(212) 398-0055
FAX NO. (212) 764-6620
Sender's email address: dlitvin@garwingerstein.com

SIDNEY L. GARWIN
(1908-1980)
--
ANNA TYDNIOUK
AAKRUTI VAKHARIA

October 7, 2020

<u>**Via ECF**</u>

The Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street, Room 1050
New York, New York 10007

      RE:    *In re Novartis and Par Antitrust Litigation*, 1:18-cv-04361; all actions

Dear Judge Hellerstein,

      Pursuant to footnote one of the May 20, 2020 Scheduling Order (ECF No. 243), the Parties hereby jointly submit as Exhibit A hereto a Stipulated Revised Proposed Joint Scheduling Order.

      Respectfully,

      */s/ Dan Litvin*

      Dan Litvin

| | |
|---|---|
| By: /s/ Dan Litvin<br>Bruce E. Gerstein<br>Joseph Opper<br>Dan Litvin<br>**GARWIN GERSTEIN & FISHER LLP**<br>88 Pine Street, 10th Floor<br>New York, NY 10005<br>Tel: (212) 398-0055<br>Fax: (212) 764-6620<br>bgerstein@garwingerstein.com<br>jopper@garwingerstein.com<br>dlitvin@garwingerstein.com<br><br>*Attorneys for Plaintiff Drogueria Betances, LLC and interim lead counsel for the direct purchaser class*<br><br>David Raphael<br>Erin Leger<br>Susan Segura<br>**SMITH SEGURA & RAPHAEL, LLP**<br>3600 Jackson St., Ste. 111<br>Alexandria, LA 71303<br>Tel: (318) 445-4480<br>Fax: (318) 487-1741<br>draphael@ssrllp.com<br>eleger@ssrllp.com<br>ssegura@ssrllp.com<br><br>John Gregory Odom<br>Stuart Des Roches<br>Andrew Kelly<br>Dan Chiorean<br>**ODOM & DES ROCHES**<br>Poydras Center<br>650 Poydras Street, Suite 2020<br>New Orleans, LA 70130<br>Tel: (504) 522-0077<br>Fax: (504) 522-0078<br>jodom@odrlaw.com<br>stuart@odrlaw.com<br>akelly@odrlaw.com<br>dchiorean@odrlaw.com<br><br>Russell A. Chorush<br>Miranda Jones | By: /s/ Robin A. van der Meulen<br>Gregory S. Asciolla<br>Robin A. van der Meulen<br>**LABATON SUCHAROW LLP**<br>140 Broadway<br>New York, New York 10005<br>Tel: (212) 907-0700<br>Fax: (212) 818-0477<br>gasciolla@labaton.com<br>rvandermeulen@labaton.com<br><br>*Attorneys for Plaintiff UFCW Local 1500 Welfare Fund and interim lead counsel for the end-payor class*<br><br>Robert G. Eisler<br>Deborah A. Elman<br>Kelly L. Tucker (*pro hac vice*)<br>Chad B. Holtzman<br>**GRANT & EISENHOFER P.A.**<br>485 Lexington Avenue<br>New York, NY 10017<br>Tel.: (646) 722-8500<br>Fax: (646) 722-8501<br>reisler@gelaw.com<br>delman@gelaw.com<br>choltzman@gelaw.com<br>ktucker@gelaw.com<br><br>*Attorneys for Plaintiff Law Enforcement Health Benefits Inc. and the end-payor class*<br><br>By: /s/ Lauren C. Ravkind<br>Richard Alan Arnold<br>Scott E. Perwin<br>Lauren C. Ravkind<br>Anna T. Neill<br>Joshua Gray<br>**KENNY NACHWALTER P.A.**<br>Four Seasons Tower<br>1441 Brickell Avenue, Suite 1100<br>Miami, FL 33131<br>Tel: (305) 373-1000<br>Fax: (305) 372-1861<br>sperwin@knpa.com<br>lravkind@knpa.com |

**HEIM PAYNE & CHORUSH LLP**
1111 Bagby, Suite 2100
Houston, TX 77002
Tel: (713) 221-2000
Fax: (713) 221-2021
rchorush@hpcllp.com
mjones@hpcllp.com

*Additional Attorneys for Plaintiff Drogueria Betances, LLC and for the direct purchaser class*

Kristyn Fields
**FARUQI & FARUQI, LLP**
685 Third Ave., Floor 26
New York, NY 10017
Tel.: (212) 983-9330
Fax: (212) 983-9331
kfields@faruqilaw.com

Peter Kohn
Joseph T. Lukens
**FARUQI & FARUQI, LLP**
101 Greenwood Ave., Suite 600
Jenkintown, PA 19046
Tel: (215) 277-5770
pkohn@faruqilaw.com
jlukens@faruqilaw.com

David F. Sorensen
Caitlin G. Coslett
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
dsorensen@bm.net
ccoslett@bm.net

*Attorneys for Plaintiff Rochester Drug Co-Operative, Inc. and the direct purchaser class*


Robert N. Kaplan
Matthew P. McCahill

aneill@knpa.com

*Attorneys for Plaintiffs Walgreen Co., The Kroger Co., and H-E-B, L.P.*

By: */s/ Eric L. Bloom*
Alexander J. Egervary
Barry L. Refsin
Eric L. Bloom
**HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER**
One Logan Square, 27th Floor
Philadelphia, PA 19103
(215) 568-6200
aegervary@hangley.com
brefsin@hangley.com
ebloom@hangley.com

*Attorneys for Plaintiffs CVS Pharmacy, Inc., Rite Aid Corporation & Rite Aid Hdqtrs. Corp.*


By: */s/ Benjamin M. Greenblum*
Benjamin M. Greenblum
Elise Baumgarten
Thomas Ryan
R. Chet Otis
**WILLIAMS & CONNOLLY LLP**
650 Fifth Avenue, Suite 1500
New York, New York 10019
Tel: (646) 949-2800
Fax: (646) 949-2801
bgreenblum@wc.com

*Attorneys for Defendant Par Pharmaceutical, Inc.*

By: *Julie A. North*
Evan R. Chesler
Julie A. North
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
Tel: (212) 474-1000
Fax: (212) 474-3700
echesler@cravath.com

Ralph E. Labaton
**KAPLAN FOX & KILSHEIMER, LLP**
850 Third Avenue, 14th Floor
New York, New York 10022
Tel:  212-687-1980
Fax:  212-687-7714
rkaplan@kaplanfox.com
mmccahill@kaplanfox.com
rlabaton@kaplanfox.com

Joseph M. Vanek
David P. Germaine
**VANEK, VICKERS & MASINI P.C.**
55 W. Monroe, Suite 3500
Chicago, Illinois 60603
Tel:  312-224-1500
Fax:  312-224-1510
jvanek@vaneklaw.com
dgermaine@vaneklaw.com

*Attorneys for Plaintiff FWK Holdings, LLC and the direct purchaser class*

Michael L. Roberts
Debra G. Josephson
Stephanie E. Smith
**ROBERTS LAW FIRM, P.A**
20 Rahling Circle
Little Rock, AR 72223
Tel.: (501) 821-5575
Fax: (501) 821-4474
mikeroberts@robertslawfirm.us
debrajosephson@robertslawfirm.us
stephaniesmith@robertslawfirm.us

*Attorneys for Plaintiff KPH Healthcare Services, Inc., a/k/a Kinney Drugs, Inc and the direct purchaser class*

jnorth@cravath.com

*Attorneys for Defendants Novartis Pharmaceuticals Corporation and Novartis AG*

# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| **In re Novartis and Par Antitrust Litigation** | 1:18-cv-04361-AKH |
|---|---|
| **This Document Relates To:**<br><br>**All Actions** | |

## STIPULATED REVISED [PROPOSED] JOINT SCHEDULING ORDER

WHEREAS, on May 20, 2020 in light of the COVID-19 pandemic, the Court entered a scheduling order modifying the March 18, 2020 Scheduling Order through the start of depositions (ECF No. 243);

WHEREAS, the previous schedule required the Parties to file a Revised Joint Proposed Scheduling Order "[a]fter the first deposition to occur using the same sequencing and timing intervals set forth in the March 18, 2020 Scheduling Order (ECF No. 241)". *Id*. at n.1;

WHEREAS, the first deposition took place on September 22, 2020;

ACCORDINGLY, IT IS HEREBY STIPULATED AND ORDERED THAT the following schedule will govern the events set forth below:

| Event | Date |
|---|---|
| Close of fact depositions | 1/8/2021 |
| Status/Settlement conference | 1/11/2021 (week of) |
| Plaintiffs serve opening class and merits expert reports | 2/10/21 |
| Defendants serve rebuttal class and merits expert reports | 4/28/21 |
| Status/Settlement conference | 5/3/21 (week of) |
| Plaintiffs file motions for class certification | 6/2/21 |
| Defendants file oppositions to Plaintiffs' motions for class certification | 8/18/21 |
| Plaintiffs file replies in further support of motions for class certification | 9/29/21 |

SO ORDERED
Dated: _____

_____
The Honorable Alvin K. Hellerstein
United States District Judge