# CRAVATH, SWAINE & MOORE LLP

| | | | | |
|---|---|---|---|---|
| JOHN W. WHITE | DAVID R. MARRIOTT | | KEVIN J. ORSINI | NICHOLAS A. DORSEY |
| EVAN R. CHESLER | MICHAEL A. PASKIN | | MATTHEW MORREALE | ANDREW C. ELKEN |
| RICHARD W. CLARY | ANDREW J. PITTS | WORLDWIDE PLAZA | JOHN D. BURETTA | JENNY HOCHENBERG |
| STEPHEN L. GORDON | MICHAEL T. REYNOLDS | 825 EIGHTH AVENUE | J. WESLEY EARNHARDT | VANESSA A. LAVELY |
| ROBERT H. BARON | ANTONY L. RYAN | NEW YORK, NY 10019-7475 | YONATAN EVEN | G.J. LIGELIS JR. |
| DAVID MERCADO | GEORGE E. ZOBITZ | | BENJAMIN GRUENSTEIN | MICHAEL E. MARIANI |
| CHRISTINE A. VARNEY | GEORGE A. STEPHANAKIS | TELEPHONE: +1-212-474-1000 | JOSEPH D. ZAVAGLIA | LAUREN R. KENNEDY |
| PETER T. BARBUR | DARIN P. MCATEE | FACSIMILE: +1-212-474-3700 | STEPHEN M. KESSING | SASHA ROSENTHAL-LARREA |
| THOMAS G. RAFFERTY | GARY A. BORNSTEIN | | LAUREN A. MOSKOWITZ | ALLISON M. WEIN |
| MICHAEL S. GOLDMAN | TIMOTHY G. CAMERON | | DAVID J. PERKINS | MICHAEL P. ADDIS |
| RICHARD HALL | KARIN A. DEMASI | CITYPOINT | JOHNNY G. SKUMPIJA | JUSTIN C. CLARKE |
| JULIE A. NORTH | DAVID S. FINKELSTEIN | ONE ROPEMAKER STREET | J. LEONARD TETI, II | SHARONMOYEE GOSWAMI |
| ANDREW W. NEEDHAM | DAVID GREENWALD | LONDON EC2Y 9HR | D. SCOTT BENNETT | C. DANIEL HAAREN |
| STEPHEN L. BURNS | RACHEL G. SKAISTIS | TELEPHONE: +44-20-7453-1000 | TING S. CHEN | EVAN MEHRAN NORRIS |
| KATHERINE B. FORREST | PAUL H. ZUMBRO | FACSIMILE: +44-20-7860-1150 | CHRISTOPHER K. FARGO | LAUREN M. ROSENBERG |
| KEITH R. HUMMEL | ERIC W. HILFERS | | KENNETH C. HALCOM | |
| DAVID J. KAPPOS | GEORGE F. SCHOEN | | DAVID M. STUART | |
| DANIEL SLIFKIN | ERIK R. TAVZEL | | AARON M. GRUBER | SPECIAL COUNSEL |
| ROBERT I. TOWNSEND, III | CRAIG F. ARCELLA | WRITER'S DIRECT DIAL NUMBER | O. KEITH HALLAM, III | SAMUEL C. BUTLER |
| PHILIP J. BOECKMAN | DAMIEN R. ZOUBEK | +1-212-474-1752 | OMID H. NASAB | |
| WILLIAM V. FOGG | LAUREN ANGELILLI | | DAMARIS HERNÁNDEZ | |
| FAIZA J. SAEED | TATIANA LAPUSHCHIK | | JONATHAN J. KATZ | |
| RICHARD J. STARK | ALYSSA K. CAPLES | WRITER'S EMAIL ADDRESS | RORY A. LERARIS | OF COUNSEL |
| THOMAS E. DUNN | JENNIFER S. CONWAY | jnorth@cravath.com | KARA L. MUNGOVAN | MICHAEL L. SCHLER |
| MARK I. GREENE | MINH VAN NGO | | MARGARET T. SEGALL | CHRISTOPHER J. KELLY |

November 4, 2020

<u>In re Novartis and Par Antitrust Litigation, 1:18-cv-04361-AKH</u>

Dear Judge Hellerstein:

Pursuant to Rule 4.A and 4.B.ii of Your Honor's Individual Rules of Practice, Paragraph 19 of the Stipulated Protective Order (ECF No. 95) and applicable law, I write on behalf of Novartis Pharmaceuticals Corporation and Novartis AG (together, "Novartis") requesting permission to file under seal certain portions of Plaintiffs' Reply Memorandum of Law in Support of Plaintiffs' Rule 37 Motion to Compel Novartis to Designate a 30(b)(6) Witness ("Plaintiffs' Reply") (ECF No. 300). Novartis has conferred with Plaintiffs and they take no position on whether or not the document should be sealed.

On October 26, 2020, Novartis filed a letter motion to seal portions of Plaintiffs' Rule 37 Motion to Compel Novartis to Designate a 30(b)(6) Witness ("Motion to Compel"), Novartis' Opposition to the Motion to Compel, and certain exhibits to both briefs because they quoted from or related to two confidential settlement and license agreements regarding Lotrel and another Novartis product. (ECF No. 292). This Court granted that motion on October 28, 2020 (ECF No. 302). Plaintiffs' Reply was filed under seal the same day and includes portions that relate to one of those confidential settlement and license agreements. Therefore, for the same reasons set forth in Novartis's October 26, 2020 letter motion, Plaintiffs' Reply should remain sealed in part. Novartis has filed the document with appropriate redactions.

Novartis is available at the Court's convenience should Your Honor have any questions or wish to discuss this request.

Very truly yours,

So ordered.
The Clerk is directed to spread this order        /s/ Julie A. North
to all cases.  /s/ Alvin K. Hellerstein            ─────────────────
       November 6, 2020                    Julie A. North

The Honorable Alvin K. Hellerstein
   United States District Court
      Southern District of New York
         500 Pearl Street, Room 1050
            New York, New York 10007

BY ECF