```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
                                                              :
                                                              :
                                                              :      ORDER REGULATING
                                                              :      PROCEEDINGS
IN RE NOVARTIS AND PAR ANTITRUST                              :
LITIGATION                                                    :      18 Civ. 4361 (AKH)
                                                              :
                                                              :
                                                              :
                                                              :
------------------------------------------------------------- X
```

ALVIN K. HELLERSTEIN, U.S.D.J.:

        I have received the parties' joint letter of January 26, 2021. *See* ECF No. 336.

My rulings as to the disputed issues are as follow:

1. I expect that all remaining issues relating to data will be resolved by February 19, 2021.

2. There will be no interrogatories or requests for admission prior to the exchanges of expert reports. It is highly likely that contention interrogatories, rather than enlighten, will become causes for disputes, delays, and unnecessary expenses. The parties should have elicited from the discovery already had the information they need to know to prepare for trial and their experts need to know in order to prepare their reports.

   a) Par has represented to Plaintiffs that it had one at-risk launch. Plaintiffs had ample opportunity to elicit information about any other launches and the outcome of the launch Par represents during discovery. Plaintiffs may not re-open fact discovery.

   b) The other examples given by plaintiffs also should have been discovered previously.

   c) If my rulings prove to cause prejudice, appropriate applications can be made.

3. A round of expert reports, one for each side, is sufficient to give each side sufficient notice of the other side's experts. The reports are not themselves evidentiary.

4. Plaintiffs' expert reports will be due by March 30, 2021, and Defendants' expert reports will be due by May 7, 2021. The parties are hereby ordered to appear for a status conference on May 25, 2021, at 2:30 p.m.

5. The parties shall jointly submit an agenda on May 20, 2021. The agenda may include suggestions for setting expert depositions, settlement possibilities, class certification, and any other topic any party wishes to raise.

SO ORDERED.

Dated:   January 27, 2021            _____/s/_____
         New York, New York              ALVIN K. HELLERSTEIN
                                         United States District Judge