**GARWIN GERSTEIN & FISHER** LLP

88 Pine Street, 10th Floor, New York, NY 10005 | Telephone: (212) 398-0055 | Fax: (212) 764-6620

Bruce E. Gerstein      Kimberly M. Hennings      Anna Tydniouk
Scott W. Fisher        Elena K. Chan
Joseph Opper           Dan Litvin
Noah H. Silverman      Jonathan M. Gerstein

Sender's e-mail: dlitvin@garwingerstein.com

July 2, 2021

<u>Via ECF</u>

The Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street, Room 1050
New York, New York 10007

The conference will be telephonic unless otherwise notified.

So Ordered.
/s/ Hon. Alvin K. Hellerstein
July 6, 2021

**Re:**   *In re Novartis and Par Antitrust Litigation*, **No. 1:18-cv-04361-AKH, all actions**

Dear Judge Hellerstein:

I write on behalf of the Direct Purchaser Plaintiffs to inquire whether the conference scheduled for August 4, 2021 at 2:30PM is expected to be telephonic or in person?

Respectfully,

*/s/ Dan Litvin*
Dan Litvin

cc: All counsel (via ECF)