UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
                                      :

IN RE NOVARTIS AND PAR ANTITRUST   :   **ORDER REGULATING PROCEEDINGS**
LITIGATION

                                      :   18 Civ. 4361 (AKH)

-------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

       My orders ECF No. 275 and ECF No. 309 in the above captioned case resolved certain motions. However, those motions are not marked closed in the relevant member cases.

       Accordingly, the Clerk shall terminate ECF Nos. 97 and 108 in 18 Civ. 5603; ECF Nos. 80 and 91 in 18 Civ. 5708; ECF Nos. 96 and 107 in 18 Civ. 5886; ECF Nos. 67 and 78 in 18 Civ. 6776

       SO ORDERED.

Dated:     February 25, 2022                _____/s/_____
             New York, New York           ALVIN K. HELLERSTEIN
                                                                    United States District Judge