UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                                                 **ORDER**

IN RE NOVARTIS AND PAR ANTITRUST           18 Civ. 4361 (AKH)
LITIGATION

------------------------------------------------------------- X
ALVIN K. HELLERSTEIN, U.S.D.J.:

        On December 23, 2020 Defendant Novartis filed a motion to compel non-party OptumRX to produce certain documents. ECF No. 314. That motion is marked as open, though discovery has now closed. No later than March 23, 2022, Defendant Novartis shall advise the Court, via letter filed on ECF, as to the status of its motion, and if the motion requires resolution by the Court.

        Additionally, in connection with that motion, OptumRX filed a letter motion to seal portions of its opposition. ECF No. 330. That request is granted, and the Clerk shall terminate ECF No. 330.

        SO ORDERED.

Dated:       March 16, 2022                 _____/s/_____
                New York, New York              ALVIN K. HELLERSTEIN
                                                     United States District Judge