# CRAVATH, SWAINE & MOORE LLP

WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019-7475

TELEPHONE: +1-212-474-1000
FACSIMILE: +1-212-474-3700

———

CITYPOINT
ONE ROPEMAKER STREET
LONDON EC2Y 9HR
TELEPHONE: +44-20-7453-1000
FACSIMILE: +44-20-7860-1150

WRITER'S DIRECT DIAL NUMBER
+1-212-474-1934

WRITER'S EMAIL ADDRESS
rskaistis@cravath.com

JOHN W. WHITE
EVAN R. CHESLER
STEPHEN L. GORDON
ROBERT H. BARON
CHRISTINE A. VARNEY
PETER T. BARBUR
MICHAEL S. GOLDMAN
RICHARD HALL
STEPHEN L. BURNS
KATHERINE B. FORREST
KEITH R. HUMMEL
DAVID J. KAPPOS
DANIEL SLIFKIN
ROBERT I. TOWNSEND, III
PHILIP J. BOECKMAN
RONALD E. CREAMER JR.
WILLIAM V. FOGG
FAIZA J. SAEED
THOMAS E. DUNN
MARK I. GREENE
DAVID R. MARRIOTT
MICHAEL A. PASKIN
ANDREW J. PITTS
MICHAEL T. REYNOLDS
ANTONY L. RYAN
GEORGE E. ZOBITZ
GEORGE A. STEPHANAKIS
GARY A. BORNSTEIN

TIMOTHY G. CAMERON
KARIN A. DEMASI
DAVID S. FINKELSTEIN
RACHEL G. SKAISTIS
PAUL H. ZUMBRO
ERIC W. HILFERS
GEORGE F. SCHOEN
CRAIG F. ARCELLA
LAUREN ANGELILLI
TATIANA LAPUSHCHIK
ALYSSA K. CAPLES
MINH VAN NGO
JELENA MCWILLIAMS
KEVIN J. ORSINI
MATTHEW MORREALE
JOHN D. BURETTA
J. WESLEY EARNHARDT
YONATAN EVEN
BENJAMIN GRUENSTEIN
JOSEPH D. ZAVAGLIA
STEPHEN M. KESSING
LAUREN A. MOSKOWITZ
DAVID J. PERKINS
J. LEONARD TETI, II
D. SCOTT BENNETT
TING S. CHEN
CHRISTOPHER K. FARGO
DAVID M. STUART

AARON M. GRUBER
O. KEITH HALLAM, III
OMID H. NASAB
DAMARIS HERNÁNDEZ
JONATHAN J. KATZ
DAVID L. PORTILLA
ELAD L. ROISMAN
RORY A. LERARIS
MARGARET T. SEGALL
DANIEL K. ZACH
NICHOLAS A. DORSEY
ANDREW C. ELKEN
VANESSA A. LAVELY
G.J. LIGELIS JR.
MICHAEL E. MARIANI
LAUREN R. KENNEDY
SASHA ROSENTHAL-LARREA
MICHAEL P. ADDIS
JUSTIN C. CLARKE
SHARONMOYEE GOSWAMI
C. DANIEL HAAREN
EVAN MEHRAN NORRIS
LAUREN M. ROSENBERG
MICHAEL L. ARNOLD
HEATHER A. BENJAMIN
MATTHEW J. BOBBY
DANIEL J. CERQUEIRA
ALEXANDRA C. DENNING

HELAM GEBREMARIAM
MATTHEW G. JONES
MATTHEW M. KELLY
DAVID H. KORN
BRITTANY L. SUKIENNIK
ANDREW M. WARK
ANDREW T. DAVIS
DOUGLAS DOLAN
SANJAY MURTI
BETHANY A. PFALZGRAF
MATTHEW L. PLOSZEK
ARVIND RAVICHANDRAN

————

PARTNER EMERITUS
SAMUEL C. BUTLER

————

OF COUNSEL
CHRISTOPHER J. KELLY
KIMBERLEY S. DREXLER
LILLIAN S. GROSSBARD
KIMBERLY A. GROUSSET
ANDREI HARASYMIAK
JESSE M. WEISS
MICHAEL J. ZAKEN
BENJAMIN G. JOSELOFF
MEGAN Y. LEW

August 4, 2022

<u>In re Novartis and Par Antitrust Litigation, 1:18-cv-04361-AKH</u>

Dear Judge Hellerstein:

  I write on behalf of Defendants Novartis Pharmaceuticals Corporation, Novartis AG and Par Pharmaceutical, Inc. (together, "Defendants") to respectfully request an order directing the Clerk of Court to remove certain documents from the docket that were inadvertently filed in connection with the Declaration of Rachel G. Skaistis in support of Defendants' Motions for Summary Judgment, ECF No. 541:

- Exhibit 5 (ECF No. 541-5)
- Exhibit 7 (ECF No. 541-7)
- Exhibit 10 (ECF No. 541-10)
- Exhibit 12 (ECF No. 541-12)
- Exhibit 13 (ECF No. 541-13)
- Exhibit 16 (ECF No. 541-16)
- Exhibit 52 (ECF No. 541-52)
- Exhibit 76 (ECF No. 541-76)
- Exhibit 78 (ECF No. 541-78)

  These documents were not cited by Defendants in any of their summary judgment briefing nor in their Rule 56.1 statement of undisputed facts, and Defendants are not relying on these documents for purposes of their motions for summary judgment. As a result, Defendants respectfully request that these documents be removed from the docket.

Defendants have conferred with Plaintiffs regarding this request, and Plaintiffs have stated that they do not oppose. Defendants are available at the Court's convenience should Your Honor have any questions or wish to discuss this request.

Respectfully,

/s/ Rachel G. Skaistis
Rachel G. Skaistis

The Honorable Alvin K. Hellerstein
　United States District Court
　　Southern District of New York
　　　500 Pearl Street, Room 1050
　　　　New York, New York 10007

BY ECF