UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In re Novartis and Par Antitrust Litigation** <br><br><br> **This Document Relates to:** <br><br> **All Direct Purchaser Actions** | **1:18-cv-04361-AKH** |

### NOTICE OF DIRECT PURCHASER CLASS PLAINTIFFS' UNOPPOSED MOTION FOR CERTIFICATION OF A SETTLEMENT CLASS, APPOINTMENT OF CLASS COUNSEL, PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT, APPROVAL OF THE FORM AND MANNER OF NOTICE TO THE CLASS AND PROPOSED <u>SCHEDULE FOR A FAIRNESS HEARING</u>

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law and Declaration of Bruce E. Gerstein, and exhibits attached thereto, Direct Purchaser Class Plaintiffs hereby move, unopposed, for certification of a settlement class, appointment of class counsel, preliminary approval of their proposed settlement with Novartis Pharmaceuticals Corporation and Novartis AG, approval of the form and manner of notice to the class, and a proposed schedule for a Fairness Hearing.

A proposed order is appended hereto as Exhibit 1.

Dated: December 28, 2022                    Respectfully Submitted,

*/s/ Bruce E. Gerstein*
Bruce E. Gerstein

1

FARUQI & FARUQI, LLP
Kristyn Fields
685 Third Ave., Floor 26
New York, NY 10017
Tel.: (212) 983-9330
Fax: (212) 983-9331
Email: kfields@faruqilaw.com

FARUQI & FARUQI, LLP
Peter Kohn
Joseph T. Lukens
1617 JFK Blvd., Suite 1550
Philadelphia, PA 19103
Tel: (215) 277-5770
Email: pkohn@faruqilaw.com
Email: jlukens@faruqilaw.com

BERGER MONTAGUE PC
David F. Sorensen
Caitlin G. Coslett
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
Email: dsorensen@bm.net
Email: ccoslett@bm.net

*Attorneys for Plaintiff Rochester Drug Co-Operative, Inc. and the Direct Purchaser Class*

KAPLAN FOX & KILSHEIMER, LLP
Robert N. Kaplan
Matthew P. McCahill
Ralph E. Labaton
850 Third Avenue, 14th Floor
New York, New York 10022
Tel:  212-687-1980
Fax:  212-687-7714
Email: rkaplan@kaplanfox.com
Email: mmccahill@kaplanfox.com
Email: rlabaton@kaplanfox.com

SPERLING & SLATER, P.C.
Joseph M. Vanek
David P. Germaine
55 W. Monroe, Suite 3200

GARWIN GERSTEIN & FISHER LLP
Bruce E. Gerstein
Joseph Opper
Dan Litvin
Deborah A. Elman
88 Pine Street, 10th Floor
New York, NY 10005
Tel: (212) 398-0055
Fax: (212) 764-6620
Email: bgerstein@garwingerstein.com
Email: jopper@garwingerstein.com
Email: dlitvin@garwingerstein.com
Email: delman@garwingerstein.com

*Attorneys for Plaintiff Drogueria Betances, LLC Interim Lead Counsel for the Direct Purchaser Class*

SMITH SEGURA RAPHAEL & LEGER, LLP
David Raphael
Erin Leger
Susan Segura
221 Ansley Boulevard
Alexandria, LA  71303
Tel: (318) 445-4480
Fax: (318) 487-1741
Email: draphael@ssrllp.com
Email: eleger@ssrllp.com
Email: ssegura@ssrllp.com

ODOM & DES ROCHES
Stuart Des Roches
Andrew Kelly
Dan Chiorean
Poydras Center
650 Poydras Street, Suite 2020
New Orleans, LA 70130
Tel: (504) 522-0077
Fax: (504) 522-0078
Email: stuart@odrlaw.com
Email: akelly@odrlaw.com
Email: dchiorean@odrlaw.com

HEIM PAYNE & CHORUSH LLP
Russell A. Chorush

| | |
|---|---|
| Chicago, Illinois 60603<br>Tel: (312) 641-3200<br>Fax: (312) 641-6492<br>Email: jvanek@sperling-law.com<br>Email: dgermaine@sperling-law.com | 1111 Bagby, Suite 2100<br>Houston, TX 77002<br>Tel: (713) 221-2000<br>Fax: (713) 221-2021<br>Email: rchorush@hpcllp.com<br>Email: mjones@hpcllp.com |
| *Attorneys for Plaintiff FWK Holdings, LLC and the Direct Purchaser Class* | *Attorneys for Plaintiff Drogueria Betances, LLC and the Direct Purchaser Class* |

ROBERTS LAW FIRM, P.A.
Michael L. Roberts
20 Rahling Circle
Little Rock, AR 72223
Telephone: (501) 821-5575
Facsimile: (501) 821-4474
mikeroberts@robertslawfirm.us

*Attorneys for Plaintiff KPH Healthcare Services, Inc., a/k/a Kinney Drugs, Inc. and the Direct Purchaser Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 28, 2022, I, Bruce E. Gerstein, served the above via ECF on counsel of record.

>Respectfully Submitted,
>
>*/s/ Bruce E. Gerstein*
>Bruce E. Gerstein