UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
:
:
:
IN RE NOVARTIS AND PAR ANTITRUST       :   **SCHEDULING ORDER**
LITIGATION                                                       :
:   18 Civ. 4361 (AKH)
:
------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

       The oral argument on all outstanding motions currently scheduled for January 5, 2023, is cancelled.

       Parties shall appear for a preliminary fairness hearing on January 6, 2023, at 11:00 a.m. No later than January 4, 2023, at 12:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record, along with their contact information.

       SO ORDERED.

Dated:    December 30, 2022       /s/ Alvin K. Hellerstein
             New York, New York      ALVIN K. HELLERSTEIN
                                             United States District Judge