UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: NOVARTIS AND PAR ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>All End-Payor Actions | Case No. 1:18-cv-04361 (AKH) |

**NOTICE OF END-PAYOR PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT; CERTIFICATION OF SETTLEMENT CLASS; APPOINTMENT OF CLASS COUNSEL AND CLASS REPRESENTATIVES; PRELIMINARY APPROVAL OF PLAN OF ALLOCATION; APPROVAL OF FORM AND MANNER OF NOTICE TO CLASS; APPOINTMENT OF SETTLEMENT ADMINISTRATOR AND ESCROW AGENT; AND PROPOSED <u>SCHEDULE FOR FAIRNESS HEARING</u>**

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law and Declaration of Robin A. van der Meulen, and exhibits attached thereto, End-Payor Plaintiffs' hereby move, unopposed, for (a) Preliminary Approval of Proposed Settlement, (b) Certification of Settlement Class, (c) Appointment of Class Counsel and Class Representatives, (d) Preliminary Approval of Plan of Allocation, (e) Approval of Form and Manner of Notice to Class, (f) Appointment of Settlement Administrator and Escrow Agent, and (g) Proposed Schedule for Fairness Hearing.

A proposed order is appended hereto as Exhibit 1.

Dated: February 22, 2023                                Respectfully submitted,

                                                                                By: */s/ Robin A. van der Meulen*
                                                                                Robin A. van der Meulen
                                                                                Gregory S. Asciolla
                                                                                Matthew J. Perez
                                                                                Veronica Bosco
                                                                                **DICELLO LEVITT LLC**

485 Lexington Avenue
Suite 1001
New York, NY 10017
Tel: (646) 933-1000
rvandermeulen@dicellolevitt.com
gasciolla@dicellolevitt.com
mperez@dicellolevitt.com
vbosco@dicellolevitt.com

*Interim Lead Counsel for the End-Payor Class and Counsel for UFCW Local 1500 Welfare Fund*

Robert G. Eisler
Kelly L. Tucker
Chad B. Holtzman
Nathan Reeder
GRANT & EISENHOFER P.A.
485 Lexington Avenue
New York, NY 10017
Tel: (646) 722-8500
reisler@gelaw.com
ktucker@gelaw.com
choltzman@gelaw.com
nreeder@gelaw.com

*Attorneys for Plaintiff Law Enforcement Health Benefits Inc.*