**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re Novartis and Par Antitrust Litigation** | **1:18-cv-04361-AKH** |
| **This Document Relates to:**<br><br>**All Direct Purchaser Actions** | |

**NOTICE OF DIRECT PURCHASER CLASS COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND SERVICE <u>AWARDS FOR THE CLASS REPRESENTATIVES</u>**

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law and Declaration of Bruce E. Gerstein, and exhibits attached thereto, Direct Purchaser Class Plaintiffs hereby move for an award of attorneys' fees, reimbursement of expenses, and service awards for the class representatives.

Dated: February 23, 2023

Respectfully Submitted,

*/s/ Bruce E. Gerstein*
Bruce E. Gerstein

**FARUQI & FARUQI, LLP**
Kristyn Fields
685 Third Ave., Floor 26
New York, NY 10017
Tel.: (212) 983-9330
Fax: (212) 983-9331
Email: kfields@faruqilaw.com

**FARUQI & FARUQI, LLP**
Peter Kohn
Joseph T. Lukens
1617 JFK Blvd., Suite 1550
Philadelphia, PA 19103
Tel: (215) 277-5770
Email: pkohn@faruqilaw.com
Email: jlukens@faruqilaw.com

**BERGER MONTAGUE PC**
David F. Sorensen
Caitlin G. Coslett
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
Email: dsorensen@bm.net
Email: ccoslett@bm.net

*Attorneys for Plaintiff Rochester Drug Co-Operative, Inc. and the Direct Purchaser Class*

**KAPLAN FOX & KILSHEIMER, LLP**
Robert N. Kaplan
Matthew P. McCahill
Ralph E. Labaton
850 Third Avenue, 14th Floor
New York, New York 10022
Tel:  212-687-1980
Fax:  212-687-7714
Email: rkaplan@kaplanfox.com
Email: mmccahill@kaplanfox.com
Email: rlabaton@kaplanfox.com

**SPERLING & SLATER, P.C.**
Joseph M. Vanek
David P. Germaine
55 W. Monroe, Suite 3200

**GARWIN GERSTEIN & FISHER LLP**
Bruce E. Gerstein
Joseph Opper
Dan Litvin
Deborah A. Elman
88 Pine Street, 10th Floor
New York, NY 10005
Tel: (212) 398-0055
Fax: (212) 764-6620
Email: bgerstein@garwingerstein.com
Email: jopper@garwingerstein.com
Email: dlitvin@garwingerstein.com
Email: delman@garwingerstein.com

*Attorneys for Plaintiff Drogueria Betances, LLC Interim Lead Counsel for the Direct Purchaser Class*

**SMITH SEGURA RAPHAEL & LEGER, LLP**
David Raphael
Erin Leger
Susan Segura
221 Ansley Boulevard
Alexandria, LA  71303
Tel: (318) 445-4480
Fax: (318) 487-1741
Email: draphael@ssrllp.com
Email: eleger@ssrllp.com
Email: ssegura@ssrllp.com

**ODOM & DES ROCHES**
Stuart Des Roches
Andrew Kelly
Dan Chiorean
Poydras Center
650 Poydras Street, Suite 2020
New Orleans, LA 70130
Tel: (504) 522-0077
Fax: (504) 522-0078
Email: stuart@odrlaw.com
Email: akelly@odrlaw.com
Email: dchiorean@odrlaw.com

**HEIM PAYNE & CHORUSH LLP**
Russell A. Chorush

Chicago, Illinois 60603
Tel:  (312) 641-3200
Fax:  (312) 641-6492
Email: jvanek@sperling-law.com
Email: dgermaine@sperling-law.com

1111 Bagby, Suite 2100
Houston, TX 77002
Tel: (713) 221-2000
Fax: (713) 221-2021
Email: rchorush@hpcllp.com
Email: mjones@hpcllp.com

*Attorneys for Plaintiff FWK Holdings, LLC
and the Direct Purchaser Class*

*Attorneys for Plaintiff Drogueria Betances,
LLC and the Direct Purchaser Class*

**ROBERTS LAW FIRM, P.A.**
Michael L. Roberts
20 Rahling Circle
Little Rock, AR 72223
Telephone: (501) 821-5575
Facsimile: (501) 821-4474
mikeroberts@robertslawfirm.us

*Attorneys for Plaintiff KPH Healthcare
Services, Inc., a/k/a Kinney Drugs, Inc.
and the Direct Purchaser Class*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 23, 2023 I, Bruce E. Gerstein, served the above via ECF on counsel of record.

Respectfully Submitted,

*/s/ Bruce E. Gerstein*
Bruce E. Gerstein

4