# CRAVATH

Rachel G. Skaistis
rskaistis@cravath.com
T+1-212-474-1934
New York

February 27, 2023

<u>In re Novartis and Par Antitrust Litigation</u>, No. 1:18-cv-04361-AKH (All Actions)

Dear Judge Hellerstein:

      I write jointly on behalf of Defendants Novartis Pharmaceuticals Corporation and Novartis AG (collectively, "Novartis") and Plaintiffs UFCW Local 1500 Welfare Fund and Law Enforcement Health Benefits Inc. (collectively "End-Payor Plaintiffs") in the consolidated actions maintained under the above-captioned docket number.  Novartis and End-Payor Plaintiffs jointly request that the Court adjourn the March 30, 2023 preliminary fairness hearing on End-Payor Plaintiffs' motion for preliminary approval of their proposed settlement with Novartis.  (<u>See</u> Dkt. Nos. 599, 602.)  The reason for the request is that both counsel for Novartis and counsel for the End-Payor Plaintiffs are unavailable on March 30.  However, the parties are available on any day between Monday, March 20 and Wednesday, March 22, or between Monday, April 3, 2023 and Friday, April 7, 2023, if the Court is able to reschedule the hearing for any of those alternative days.  No previous extensions have been requested for this preliminary fairness hearing.

      Very truly yours,

      /s/ Rachel G. Skaistis

      Rachel G. Skaistis

The Honorable Alvin K. Hellerstein
  United States District Judge
    Southern District of New York
      500 Pearl Street
        New York, NY 10007

**NEW YORK**
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
T+1-212-474-1000
F+1-212-474-3700

**LONDON**
CityPoint
One Ropemaker Street
London EC2Y 9HR
T+44-20-7453-1000
F+44-20-7860-1150

**WASHINGTON, D.C.**
1601 K Street NW
Washington, D.C. 20006-1682
T+1-202-869-7700
F+1-202-869-7600

CRAVATH, SWAINE & MOORE LLP

Copy to:

Counsel of Record

VIA ECF