UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
:
:
IN RE NOVARTIS AND PAR ANTITRUST  :  **ORDER TERMINATING**
LITIGATION                        :  **MOTIONS**
:
:  18 Civ. 4361 (AKH)
------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

On January 6, 2023, I granted Direct Purchaser Class Plaintiffs' motion for certification of a settlement class, appointment of class counsel, and preliminary approval of proposed settlement. ECF No. 595. On February 22, 2023, End-Payor Plaintiffs moved, *inter alia*, for preliminary approval of settlement. ECF 599. Accordingly, the Clerk shall terminate ECF Nos.: 314, 357, 403, 404, 406, 407, 432, 493, 495, 537, 560, 564-68, and 569.

SO ORDERED.

Dated:   March 17, 2023              /s/ Alvin K. Hellerstein
         New York, New York         ALVIN K. HELLERSTEIN
                                     United States District Judge