

## DICELLO LEVITT

485 LEXINGTON AVENUE    SUITE 1001    NEW YORK, NEW YORK 10017

ROBIN VAN DER MEULEN
RVANDERMEULEN@DICELLOLEVITT.COM
646.933.1000

The hearing scheduled for April 18, 2023, is adjourned to May 11, 2023, at 10:30 a.m..

SO ORDERED.

/s/ Alvin K. Hellerstein, U.S.D.J.
April 21, 2023

April 20, 2023

**VIA ECF**

Honorable Alvin K. Hellerstein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

RE: *In re Novartis & Par Antitrust Litig.*, No. 18-cv-4361 (AKH)

Dear Judge Hellerstein,

On behalf of the End Payor Plaintiffs, I write regarding the April 18, 2023 preliminary approval hearing and Your Honor's request to hear from Mr. Weisbrot and Dr. Conti on April 24, 2023, before making findings on End-Payor Plaintiffs' preliminary approval motion.

We have conferred with Mr. Weisbrot and Dr. Conti, and unfortunately, they are unavailable that day. Mr. Weisbrot is traveling internationally the week of April 24, and Dr. Conti has teaching commitments that week. However, both Mr. Weisbrot and Dr. Conti are available on Thursday, May 11, Friday, May 12, Monday, May 15, or Tuesday, May 16, if the Court is able to reschedule the hearing for any of these alternative days. We have conferred with counsel for Novartis, and they are also available on any of these alternative days.

Sincerely,

Robin van der Meulen