# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

IN RE NOVARTIS AND PAR ANTITRUST LITIGATION

Case No. 1:18-cv-04361-AKH

THIS DOCUMENT RELATES TO:

*Walgreen* Action      1:18-cv-09861
*Rite Aid/CVS* Action   1:18-cv-11835

## STIPULATION OF DISMISSAL

Plaintiffs Walgreen Co., The Kroger Co., H-E-B, L.P., Rite Aid Corporation, Rite Aid

Hdqtrs. Corp. and CVS Pharmacy, Inc. ("Plaintiffs") and Defendants Novartis Corporation, Novartis

Pharmaceuticals Corporation, Novartis AG, Par Pharmaceutical, Inc., Endo Pharmaceuticals Inc. and

Endo International PLC ("Defendants"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to

the dismissal of the above-captioned actions with prejudice, with each party to bear its own costs and

attorneys' fees.

Respectfully submitted June __6__, 2023,

Rachel G. Skaistis
CRAVATH, SWAINE & MOORE LLP,
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
(212) 474-1000
rskaistis@cravath.com

*Counsel for Defendants Novartis*
*Corporation, Novartis Pharmaceuticals*
*Corporation and Novartis AG*

Scott E. Perwin
Lauren C. Ravkind (*pro hac vice*)
Anna T. Neill (*pro hac vice*)
KENNY NACHWALTER P.A.
Four Seasons Tower, Suite 1100
1441 Brickell Avenue
Miami, FL 33131
Tel.: (305) 373-1000
sep@knpa.com
lravkind@knpa.com
aneill@knpa.com

*Counsel for Walgreen Co., The Kroger Co.*
*and H-E-B, L.P.*

Benjamin M. Greenblum
WILLIAMS & CONNOLLY
680 Maine Avenue
Washington, DC 20024
202-434-5000
Email: bgreenblum@wc.com

*Counsel for Par Pharmaceutical, Inc., Endo
Pharmaceuticals Inc. and Endo International
PLC*

Barry L. Refsin (*pro hac vice*)
Alexander J. Egerváry
HANGLEY ARONCHICK SEGAL PUDLIN &
SCHILLER
One Logan Square, 27th Floor
Philadelphia, PA 19103
Tel.: (215) 496-7031
brefsin@hangley.com
aegervary@hangley.com

Eric L. Bloom (*pro hac vice*)
HANGLEY ARONCHICK SEGAL PUDLIN &
SCHILLER
2805 Old Post Road, Suite 100
Harrisburg, PA 17110-3676
Tel.: (717) 364-1030
ebloom@hangley.com

*Counsel for Rite Aid Corp. and Rite Aid
Hdqtrs. Corp. and CVS Pharmacy, Inc.*