UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Novartis and Par Antitrust Litigation | 1:18-cv-04361-AKH |
| | 1:18-cv-5536 (AKH) |
| | 1:18-cv-5603 (AKH) |
| This Document Relates to: | |
| All End-Payor Actions | |

## [PROPOSED] ORDER SETTING SCHEDULE FOR REPORTS FROM CLASS ADMINISTATOR ANGEION GROUP

Pursuant to this Court's continuing jurisdiction over the Settlement Agreement dated February 10, 2023, between plaintiffs UFCW Local 1500 Welfare Fund and Law Enforcement Health Benefits, Inc. and on behalf of the Class, and Defendants Novartis Pharmaceuticals Corporation and Novartis AG, and finally approved by the Court in the Amended Order Granting Final Judgment and Order of Dismissal Approving End-Payor Plaintiffs' Class Settlement and Dismissing End-Payor Plaintiffs' Class Claims (ECF. No. 641), it is hereby ORDERED that the Court-appointed claims administrator, Angeion Group, shall submit reports to the Court regarding the administration of settlement on December 20, 2023 and March 20, 2023.

SO ORDERED this 21 day of November 2023.

The Honorable Alvin K. Hellerstein
United States District Judge