```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/14/2024
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**IN RE NOVARTIS AND PAR ANTITRUST LITIGATION**

**This Order Relates to:**

**End-Payor Plaintiff Actions**

**No. 1:18-cv-04361 (AKH) (SDA)**
**No. 1:18-cv-05536 (AKH) (SDA)**
**No. 1:18-cv-05603 (AKH) (SDA)**

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference with counsel for the End-Payor Plaintiffs ("EPPs") and a representative from the settlement administrator, Angeion Group, it is hereby Ordered that, no later than July 8, 2024, EPPs and Angeion Group shall file a further submission, as detailed during today's conference, to address the disproportionally low number of consumer claims that were allowed and the disproportionally high number of checks that have not been deposited. (*See* 6/5/2024 Order, ECF No. 652.)

**SO ORDERED.**

Dated:     New York, New York
           June 14, 2024

_____
STEWART D. AARON
United States Magistrate Judge