USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/10/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE NOVARTIS AND PAR ANTITRUST LITIGATION

This Order Relates to:

End-Payor Plaintiff Actions

No. 1:18-cv-04361 (AKH) (SDA)
No. 1:18-cv-05536 (AKH) (SDA)
No. 1:18-cv-05603 (AKH) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

It is hereby Ordered that the End-Payor Plaintiffs ("EPPs") and Rebecca J. Evans from Angeion Group shall appear for a Microsoft Teams conference on Thursday, July 18, 2024 at 2:00 p.m. to address the July 8, 2024 status report/declaration by Ms. Evans. (*See* 7/8/2024 Status Report, ECF No. 657.) The Court shall provide a Microsoft Teams link to counsel for the EPPs, who shall forward the link to Ms. Evans. Members of the public may listen to the conference by dialing (646) 453-4442 and entering Phone Conference ID 286 411 326.

No later than Tuesday, July 16, 2024, the EPPs shall file a letter providing further details and explanation regarding the descriptions listed in the second chart in ¶ 22 of the Evans Declaration, paying particular attention to the category with the highest count. The Court is seeking to satisfy itself that the methods used by Angeion do not result in any false positives. The EPPs also shall address the feasibility of offering electronic payments to class members with stale, uncashed checks. For the same reasons the Court granted EPPs prior motion to seal (*see*

7/10/2024 Order, ECF No. 659), the Court grants the EPPs permission to file the supplemental letter under seal and publicly redact discussion of Angeion's anti-fraud efforts.

**SO ORDERED.**

Dated:    New York, New York
          July 10, 2024

_____
STEWART D. AARON
United States Magistrate Judge